UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:17–cv–07083–RGK–MRW | Date  2/26/2018 |
| Title | CARL ZEISS AG ET AL V. NIKON CORPORATION ET AL | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Chris Marchese                                        Vincent Belusko
                                                             Jonathan McNeal Smith


**Proceedings:**     SCHEDULING CONFERENCE

    Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

    Jury Trial (Est. 6 days):                    November 6, 2018 at 09:00 AM
    Pretrial Conference:                        October 22, 2018 at 09:00 AM
    Motion Cut–Off Date (last day to file):    August 22, 2018
    Discovery Cut–Off Date:                    August 8, 2018

    Last day to motion the Court to add parties or amend complaint is 4/15/2018. Counsel inform the Court that they have selected settlement option number 2.

    **IT IS SO ORDERED.**

                                                                                                    :06
                                                                        Initials of Preparer:  sw

cc:     ADR UNIT