Name and address:
Koichiro Minamino
MINAMINO LAW OFFICE, PLLC
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, DC 20006-1888
Telephone: (202) 777-3638

**DENIED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br><br> Plaintiff(s) <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendant(s). | CASE NUMBER <br> 2:17-CV-07083-RGK (MRWx) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Minamino, Koichiro                                of     MINAMINO LAW OFFICE, PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    2000 Pennsylvania Avenue, N.W., Suite 6000

(202) 777-3638                                                 Washington, DC 20006-1888
*Telephone Number*      *Fax Number*

mick@minaminolaw.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Nikon Corporation
Sendai Nikon Corporation
Nikon Inc.
*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Belusko, Vincent J.                              of     MORRISON & FOERSTER, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    707 Wilshire Boulevard, Suite 6000

100282            213-892-5593       213-892-5454            Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

vbelusko@mofo.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
☒ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☒ for failure to complete Application: NOT SIGNED BY LOCAL COUNSEL
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.
Dated 03-14-18                                                 _____
                                                               U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com