1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br><br>        Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br>        Defendants. | Case No. 2:17-cv-07083- RGK (MRWx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL L.R. 79-5.2.2(b)** <br><br> Hon. R. Gary Klausner <br> Hon. Michael R. Wilner |

Having considered Plaintiffs' Ex Parte Application to Seal Joint Stipulation Pursuant to Local Rule 37-2 regarding Discovery Dispute Over Source Code, this Court **GRANTS** the Request.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

- Portions of Joint Stipulation Pursuant to L.R. 37-2 Regarding Discovery Dispute Over Source Code ("Joint Stipulation")
- Exhibits 2, 4, 9, and 11 to Joint Stipulation.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO SEAL JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2.1
2:17-cv-03221-RGK (MRWx)