1  Christopher S. Marchese (SBN 170239), marchese@fr.com
2  FISH & RICHARDSON P.C.
   633 West Fifth Street, 26th Floor
3  Los Angeles, CA 90071
4  Telephone: (213) 533-4240, Facsimile: (858) 678-5099

5  Frank Scherkenbach (SBN 142549), scherkenbach@fr.com
6  Kurt L. Glitzenstein (Admitted Pro Hac Vice), glitzenstein@fr.com
   FISH & RICHARDSON P.C.
7  One Marina Park Drive
8  Boston, MA 02210-1878
   Telephone: (617) 542-5070, Facsimile: (617) 542-8906
9
10 Olga I. May (SBN 232012), omay@fr.com
   Markus D. Weyde (SBN 285956), weyde@fr.com
11 K. Nicole Williams (SBN 291900), nwilliams@fr.com
12 Jared A. Smith (SBN 306576), jasmith@fr.com
   FISH & RICHARDSON P.C.
13 12390 El Camino Real
14 San Diego, CA 92130
   Telephone: (858) 678-5070, Facsimile: (858) 678-5099
15
   *[Additional Counsel listed on last page.]*
16
17 Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.

18            IN THE UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
19

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br><br>Defendants. | Case No. 2:17-cv-07083-RGK (MRWx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF SOURCE CODE PURSUANT TO L.R. 37-2**<br><br>Date:      July 11, 2018<br>Time:      9:30 a.m.<br>Judge:     Hon. Michael R. Wilner<br>Courtroom: 550, 5th Floor |

**TO THE HONORABLE MICHAEL R. WILNER AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

 PLEASE TAKE NOTICE THAT pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7 and 37-3, on July 11, 2018, at 9:30 a.m. or as soon as the matter may be heard, in the courtroom of the Honorable Michael R. Wilner of the above-entitled court, located in Courtroom 550, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs respectfully move the Court for an Order to produce the "library files" and related source code in its possession, and allow and allow Plaintiffs to use the software necessary to meaningfully review and search these files, including reverse engineering software.

 This motion is made pursuant to Local Rule 37-2. The motion is based on this Notice of Motion and the proposed under seal filing of the Parties' Joint Stipulation and exhibits filed herewith.

1

PLAINTIFFS' NOTICE OF MOTION FOR JOINT STIPULATION PURSUANT TO L.R. 37-2 REGARDING DISCOVERY DISPUTE OVER SOURCE CODE
Case No. 2:17-cv-07083-RGK (MRWx)

1  Dated: June 19, 2018        FISH & RICHARDSON P.C.

2                  By: */s/ Jeffrey Shneidman*

4                  Christopher S. Marchese (SBN 170239)
5                  marchese@fr.com
                   FISH & RICHARDSON P.C.
6                  633 West Fifth Street, 26th Floor
7                  Los Angeles, CA 90071
                   Tel: (213) 533-4240, Fax: (858) 678-5099

9                  Frank Scherkenbach (SBN 142549)
                   scherkenbach@fr.com
10                 Kurt L. Glitzenstein (Admitted *Pro Hac Vice*)
11                 glitzenstein@fr.com
                   Proshanto Mukherji (Admitted *Pro Hac Vice*)
12                 mukherji@fr.com
13                 Jeffrey Shneidman (Admitted *Pro Hac Vice*)
                   shneidman@fr.com
14                 FISH & RICHARDSON P.C.
15                 One Marina Park Drive
                   Boston, MA 02210-1878
16                 Tel: (617) 542-5070, Fax: (617) 542-8906

18                 Olga I. May (SBN 232012)
                   omay@fr.com
19                 Markus D. Weyde (SBN 285956)
20                 weyde@fr.com
                   K. Nicole Williams (SBN 291900)
21                 nwilliams@fr.com
22                 Jared A. Smith (SBN 306576)
                   jasmith@fr.com
23                 FISH & RICHARDSON P.C.
24                 12390 El Camino Real
                   San Diego, CA 92130
25                 Tel: (858) 678-5070, Fax: (858) 678-5099

26

27

28

2
PLAINTIFFS' NOTICE OF MOTION FOR JOINT STIPULATION PURSUANT
TO L.R. 37-2 REGARDING DISCOVERY DISPUTE OVER SOURCE CODE
Case No. 2:17-cv-07083-RGK (MRWx)

|   |   |
|---|---|
| 1 |   |
| 2 | Jennifer Huang (Admitted *Pro Hac Vice)* |
|   | jhuang@fr.com |
| 3 | FISH & RICHARDSON P.C. |
| 4 | 60 South Sixth Street, Suite 3200 |
|   | Minneapolis, MN 55402 |
| 5 | Tel: (612) 335-5070, Fax: (612) 288-9696 |
| 6 |   |
| 7 | Andrew R. Kopsidas (Admitted *Pro Hac Vice*) |
|   | kopsidas@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 901 15th Street, N.W., Seventh Floor |
| 9 | Washington, DC 20005 |
| 10 | Tel: (202) 783-5070, Fax: (202) 783-2331 |
| 11 |   |
| 12 | Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V. |

3

PLAINTIFFS' NOTICE OF MOTION FOR JOINT STIPULATION PURSUANT TO L.R. 37-2 REGARDING DISCOVERY DISPUTE OVER SOURCE CODE
Case No. 2:17-cv-07083-RGK (MRWx)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 19, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Jeffrey Shneidman*
Jeffrey Shneidman
shneidman@fr.com