1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendants. | Case No. 2:17-cv-07083-RGK (MRWx) <br><br> **[PROPOSED] ORDER GRANTING SEALED JOINT STIPULATION PURSUANT TO L.R. 37-2 REGARDING DISCOVERY DISPUTE OVER SOURCE CODE** <br><br> District Judge:  R. Gary Klausner <br> Magistrate Judge:  Michael R. Wilner |

1  Having duly considered Plaintiffs' Motion to Compel Production of Source
2  Code Pursuant to L.R. 37-2, and the Parties' positions in the Sealed Joint Stipulation
3  Pursuant to L.R. 37-2 Regarding Discovery Dispute Over Source Code, the Court
4  hereby **GRANTS** Plaintiffs' Motion and the relief sought therein.
5  **IT IS SO ORDERED.**
6  Dated: _____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE