1    Christopher S. Marchese (SBN 170239), marchese@fr.com
2    FISH & RICHARDSON P.C.
     633 West Fifth Street, 26th Floor
3    Los Angeles, CA 90071
     Tel: (213) 533-4240, Fax: (858) 678-5099
4

5    Frank Scherkenbach (SBN 142549), scherkenbach@fr.com
     Kurt L. Glitzenstein (Admitted *Pro Hac Vice*), glitzenstein@fr.com
6    FISH & RICHARDSON P.C.
7    One Marina Park Drive
     Boston, MA 02210-1878
8    Tel: (617) 542-5070, Fax: (617) 542-8906

9    Olga I. May (SBN 232012), omay@fr.com
10   Markus D. Weyde (SBN 285956), weyde@fr.com
     FISH & RICHARDSON P.C.
11   12390 El Camino Real
     San Diego, CA 92130
12   Tel: (858) 678-4745, Fax: (858) 678-5099
13

14   *[Additional Counsel listed on last page.]*

15   Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.
16

17              IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 18  CARL ZEISS AG and ASML | Case No. 2:17-cv-07083-RGK (MRWx) |
| 19  NETHERLANDS B.V., | |
| 20              Plaintiffs, | **DECLARATION OF DR. L. RICHARD CARLEY IN SUPPORT OF** |
| 21  v. | **PLAINTIFFS' OPPOSITION TO NIKON DEFENDANTS' MOTION** |
| 22  NIKON CORPORATION, SENDAI | **FOR PARTIAL SUMMARY** |
| 23  NIKON CORPORATION, and | **JUDGMENT** |
| 24  NIKON INC., | |
|              Defendants. | Date:        September 24, 2018 |
| 25 | Time:        9:00 a.m. |
| 26 | Judge:       Hon. R. Gary Klausner |
| 27 | Courtroom:   850, 8th Floor |
| 28 | |

I, L. Richard Carley, hereby declare and state under penalty of perjury as follows:

I.   INTRODUCTION

1.   I have been asked to provide assistance in the above captioned matter, which I understand to be related to allegations of patent infringement.  Attached as Exhibit A is a copy of my *Curriculum Vitae* describing my background and experience.  I have personal knowledge of the facts and opinions set forth in this declaration, and, if called upon to do so, I would testify competently to them.

II.   OPINION

2.   I have been asked to provide my opinion regarding about the ordinary meaning of the terms "foundry" and "contract manufacturing" in the field of semiconductors.  I provide these opinions based on my education and experience.  I also cite and quote dictionaries and industry sources below that support my opinion regarding these terms' meanings.

3.   "Foundry" and "contract manufacturer" are terms of art in the semiconductor industry.

4.   A "foundry" is "for semiconductor manufacturing, a vendor providing [silicon] wafer processing."  *See* Comprehensive Dictionary of Electrical Engineering (Marchese Decl., Exhibit 18); *see also Understanding Silicon Valley*, at p. 157 (Marchese Decl., Exhibit 19) ("[S]ilicon foundries are the manufacturing facilities used for the fabrication of silicon chips or semiconductors.").  A "foundry" company is a company that manufactures custom integrated circuits on its customers' behalf.

5.    Foundries can be further classified according to the services they provide and their level of involvement in chip design.

6.   In the simple "foundry" model, the foundry company acts as a manufacturing arm of its customer, does limited design, and instead "produce[s] custom large-scale integrated circuit wafers from the customers' designs."  *See* McGraw-Hill Electronics Dictionary ("foundry service") (Marchese Decl., Exhibit 20).

1

7.      Foundries can also serve as "contract manufacturers."  The key characteristic of contract-manufacturer-style foundries is that they use their design and manufacturing facilities to help build custom chips substantially exclusively for a customer, rather than for their own use.

8.      Contract manufacturers can play a role in helping customers to design chips.   For instance, as many industry publications discuss, Contract manufacturers are "capital-intensive businesses [that] assume more responsibility for product design and process innovation."  *Understanding Silicon Valley* at 153 (Marchese Decl., Exhibit 19). "Product design and design for manufacturing may … be services that are provided by the contract manufacturer" *See* OCM Manufacturing paper, "Consignment vs. Turnkey Manufacturing" (Marchese Decl., Exhibit 21).  "Contract manufacturers [may] … offer[] state-of-the-art engineering services …" and provide "'turnkey' manufacturing, in which the contract manufacturer selects and process[es] electronic components …." *Understanding Silicon Valley* at 154 (Marchese Decl., Exhibit 19).

III.    CONCLUSION

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.   Executed on August 31, 2018, in Sewickley, Pennsylvania.

By:  _____

L. Richard Carley, Ph.D.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese

# Exhibit A

# Curriculum Vitae
# L. Richard Carley

## PERSONAL DATA

**Office Address**                                                    **Home Address**

Dept. of Electrical and Computer Engineering          1924 Glen Mitchell Road
Carnegie Mellon University                                      Sewickley, PA 15143 USA
Pittsburgh, PA USA                                                 Tel: (412) 741-2002
Tel: (412) 268-3597    FAX: (412) 268-2859
Internet: carley@ece.cmu.edu

**Citizenship:** U.S.    **Birth Date:** May 18, 1954    **Marital Status:** Married, with two daughters.

## EDUCATION

S.B.          Electrical Engineering and Computer Science,
              Massachusetts Institute of Technology, 1976.

S.M.          Electrical Engineering and Computer Science,
              Massachusetts Institute of Technology, 1978.

Ph.D.         Electrical Engineering and Computer Science,
              Massachusetts Institute of Technology, 1984.

## PROFESSIONAL EXPERIENCE

### September 1984-Present

The ST Microelectonics Professor of Engineering (2001), Professor (1992),
          Associate Professor (1989), and Assistant Professor (1984),
Department of Electrical and Computer Engineering, Carnegie Mellon University, Pittsburgh, PA

**Research Activities:** Development of CAD tools to support analog circuit design, the design of high speed analog and RF integrated circuits, and the design of integrated micro-electro-mechanical systems (MEMS) and nano-electro-mechanical systems (NEMS) for sensing, actuation, information storage, and efficient energy generation and storage.
**Teaching Activities:** Responsible for teaching undergraduate and graduate courses in analog, RF IC design, and NEMS device design. Supervision of M.S. and Ph.D. thesis work.

### October 1997-August 2002 (part-time effort)

Chief Circuit Designer and Co-Founder, Neolinear, Inc. (now a division of Cadence),
      Responsible for guiding initial user interface and functionality for Neolinear's analog place and route design automation tool (NeoCell) and Neolinear's automated device sizing tool (NeoCircuit). Provided Expertise on Analog Circuit Design process to Neolinear.

### May 2001-August 2003 (on unpaid leave of absence from CMU)

Chief Executive Officer and Chief Technology Officer, IC Mechanics, Inc.,
425 N. Craig St., Suite 500, Pittsburgh, PA 15213 USA    (www.icmechanics.com)
      Led all technical and business aspects of IC Mechanics including staffing, raising capital, product design, and marketing. IC Mechanics was focused on low cost manufacturing of inexpensive inertial sensors for the hard disk drive shock sensing.

1

### January 2006 – December 2008 (part time effort)

Chief Technologist for Renaissance Wireless (a.k.a., Resonance Semiconductor)
425 N. Craig St., Suite 500, Pittsburgh, PA 15213 USA
   Led in formulation of technical vision and product development. Focus of the Company was on using piezoelectric resonators to make oscillators and tunable filters.

### June 2007 – Present  (part time effort)

Co-Founder of Netanomics. (a.k.a., Carley Technologies, Inc.)
1924 Glen Mitchell Road, Sewickley, PA 15143  USA
   Company's focus is on advanced network analysis technologies. Leading engineering development for the Company.  Contributor to 2 NSF funded Phase 1 STTRs awards and 1 NSF funded Phase 2 STTR award all jointly with Carnegie Mellon University. Contributor to 2 ONR funded SBIR Phase 2s, 1 DARPA funded SBIR Phase 2 award and 1 DARA funded SBIR Phase 1 award.

## SELECTED HONORS

1. *IBM Watson Scholarship* for undergraduate study at MIT, 1972-1976.

2. *Guillemin Prize* for best EE Undergraduate Thesis at MIT, 1976.

3. *MIT EE&CS Departmental Award for Excellence in Teaching*, 1979.

4. *MIT EE&CS Instructor G appointment*,
    an honor awarded to graduate students for excellence in teaching, 1981.

5. *Whitaker Health Sciences Fund Graduate Fellowship*, 1982.

6. *Presidential Young Investigator*, National Science Foundation, 1985.

7. *Best Paper Award*, Design Systems, Languages and Software Area, 24th ACM/IEEE Design Automation Conference, June 1987, for the paper: R. Harjani, R. A. Rutenbar and L. R. Carley, "A Prototype Framework for Knowledge-Based Analog Circuit Synthesis".

8. *"Influential" Paper Recognition,* Paper originally published in 1987 ACM/IEEE Design Automation Conference – "A Prototype Framework for Knowledge-Based Analog Circuit Synthesis," by R. Harjani, R. A. Rutenbar and L. R. Carley – selected for inclusion in *25 years of Electronic Design Automation: A Compendium of Papers from the Design Automation Conference*, a special volume, published June 1988, including 77 papers (out of over 1600) deemed most influential over the first 25 years of this conference.

9. *Eta Kappa Nu Excellence in Teaching Award*, Dept. of Electrical and Computer Engineering, Carnegie Mellon University, 1990.

10. *Elected to Senior Member of IEEE*, 1990.

11. *Distinguished Paper Mention*, 1991 ACM/IEEE International Conference on Computer Aided Design, awarded for paper: J. M. Cohn, D. J. Garrod, R. A. Rutenbar, L. R. Carley, "Techniques for Simultaneous Placement and Routing of Custom Analog Cells in KOAN/ANAGRAM II."

12. Panelist in Best Panel Session, "The Future Role of the Analog Circuit Designer," *1993 International Solid- State Circuits Conference*.

13. Ph.D. student Emil Ochotta, co-advised with Prof. R.A. Rutenbar, won Best Paper Award, Design Sciences Area, Semiconductor Research Corporation TECHCON'93, for the paper:   E.S. Ochotta, R.A. Rutenbar and L.R. Carley, "Bridging the Gap Between Analog Designers and Analog Synthesis Tools with ASTRX/

2

OBLX," *Extended Abstract Volume, Semiconductor Research Corporation TECHCON'93*, Sept. 1993.

14. Invited *Keynote Address*, "Microelectromechanical Systems For Direct Access Data Storage", Fifth NASA Goddard Conference on Mass Storage Systems and Technologies, College Park MD, September 1996.

15. Elected a *Fellow of the IEEE* , award presented at International Solid-State Circuits Conference (ISSCC) in February of 1997.

16. M.S. student Akshay Aggarwal won Best Paper Award, Integrated Systems Sciences Area, Semiconductor Research Corporation TECHCON'98, for paper: A. Aggarwal, L. R. Carley, R. K. Krishnamurthy, "Series Regulated and Adaptive Mixed Swing Voltage Techniques to Mitigate Low Voltage Manufacturing-Induced Variations," *Extended Abstract Volume, Semiconductor Research Corporation TECHCON'98*, Sept. 1998.

17. Received the *STMicroelectronics Chair in Electrical and Computer Engineering*, Carnegie Mellon University, March 7th, 2001.

18. Winner, Best Paper Award, Design & Methodology Area, ACM/IEEE Design Automation Conference, for the paper: Hongzhou Lie, Amit Singhee, Rob A. Rutenbar and L. Richard Carley, "Remembrance of Circuits Past: Macromodeling by Data Mining in Large Analog Design Spaces," *Proc. of ACM/IEEE Design Automation Conference*, June 2002.

19. "Best of" paper recognition: the paper R. Harjani, R. A. Rutenbar and L. R. Carley, "Analog Circuit Synthesis, for Performance in OASYS" originally in *Proc. ACM/IEEE Int'l Conference on CAD*, Nov 1988, selected for reprint in **The Best of ICCAD: 20 years of Excellence in Computer Aided Design**, a volume of the 40 most influential papers (out of over 1000) published across the first 20 years of the *ACM/IEEE International Conference on CAD*, 2003.

20. Winner, *2004 Semiconductor Research Corporation Technical Excellence Award* (jointly with CMU Professor Rob Rutenbar) for pioneering contributions in the field of electronic design automation for analog/ mixed-signal design, November, 2004.

21. Runner-up for Best Paper Award at *IEEE Sensors Conference*, 2012. Y. Tang, Y. Zhang, G. K. Fedder, and L. R. Carley, "An Ultra-low Noise Switched Capacitor Transimpedance Amplifier for Parallel Scanning Tunneling Microscopy.

## MEMBERSHIP IN HONOR SOCIETIES, PROFESSIONAL SOCIETIES

Fellow, Institute of Electrical and Electronics Engineers (IEEE), designated a Fellow in 1997, IEEE Professional Societies: Solid State Circuits Society, Circuits and Systems Society, Microwave Techniques Society, Magnetics Society, Communications Society, and Robotics & Automation Society.

## PROFESSIONAL ACTIVITIES

Conference General Chair    IEEE RFID Technogy & Applications Conference, Shunde, CHINA, Sept. 21-23, 2016.

Member    IEEE Committee on RFID, Representative for Systems, Man and Computers Society of IEEE

Member    National Academy of Sciences, Army Research Laboratory Review Panel for the Sensors and Electron Devices Division, 2001 - 2007.

Member     Editorial Board of *Analog Integrated Circuits and Signal Processing*  Journal, Kluwer Academic Press, 1991-Present.

3

| Member | National Storage Industries Consortium (NSIC) Signal Processing Committee:  January 1993 - September 2001. |
|---|---|
| Member | Program Committee and Session Chairman, *Custom Integrated Circuits Conference* (CICC) 1995 through 2008. |
| Member | Program Committee and Session Chairman, *International Symposium on Low Power Electronics Design*  (ISLPED) 1996, 1997, 1998, 1999 and 2000. |
| Member | Program Committee and Session Chairman, The Magnetic Recording Conference (TMRC) 1991, 1994, 1997. |
| Associate Editor | *IEEE Transactions on Circuits and Systems (Part II)*,  August 1993 - June 1996. |
| Reviewer | National Science Foundation, University of California MICRO Program,  National Sciences and Engineering Research Council of CANADA, IEEE Transactions on CAD of ICs and Systems, IEEE Transactions on Magnetics, IEEE Transactions on Circuits and Systems, IEEE Journal of Solid State Circuits, Proceedings of the IEEE, Analog Integrated Circuits and Signal Processing Journal, IEEE Spectrum, IEE Proceedings on Circuits, Devices and Systems, IEEE Transactions on Electron Devices, IEEE Transactions on VLSI Systems, Custom Integrated Circuits Conference, IEEE International Symposium on Circuits and Systems, Design Automation Conference, International Conference on Computer-Aided Design, Defect and Fault Tolerance Conference. |

## CONSULTING RELATIONSHIPS

| 1/14-11/15 | Expert Witness for Fitzpatrick, Cella, Harper & Scinto, New York, NY. Provided expert witness testimony on circuit design for printers and scanners related to four patents.  Wrote 6 expert reports and was deposed 5 times during the overall case. Reverse engineered Bipolar Integrated Circuit. Acted as Expert Witness in two patent IPR re-examinations by the USPTO. Full trial preparation for two patents (case settled day before trial to start). |
|---|---|
| 12/12 | Morgenthaler Ventures,  Menlo Park, CA: Provide expert opinion on technology and business model of MEMS Sensor Company Sand-9 in Boston MA. |
| 12/05-12/08 | Resonance Semiconductor, Inc., (a.k.a. Renaissance Wireless) Pittsburgh PA: Provide expertise on design of MEMS-based RF circuits and systems. Co-founder and part-time Chief Technology Officer of this Pittsburgh-based company. |
| 9/03-12/05 | IC Mechanics, Inc., Pittsburgh PA: Provide exterise on design of low cost thin-film encapsulated integrated MEMS sensors. I was a co-founder of this Pittsburgh-based company. |
| 7/02 | Sopheon Corp., Bloomington MN: Provided an analysis of value of non-volatile storage Patent portfolio of SanDisk in context of in-house non-volatile storage technologies. |
| 5/98-1/00 | Northrop Grumman Corp., Pittsburgh PA: Provide exterise on Low Power Digital Integrated Circuit Design for High Performance DSP Applications. |
| 3/98-8/98 | Sughrue, Mion, Zinn, MacPeak & Seas., Washington DC: Provide exterise on Analog and Mixed-Signal Synthesis CAD Tools in defense of a lawsuit. Background research and patent validity analysis. No depositions or trials. |
| 10/97-2/04 | Neolinear Corp., Pittsburgh PA: Provide exterise on CAD Tool requirements for industrial analog IC design environments. I wasa co-founder of this Pittsburgh-based company. It was acquired by Cadence Design in 2004. |

4

12/94-12/00   Quantum Corp., Milpitas CA & Shrewsbury MA: Provided expertise on recording channels.

6/87–10/88   Hughes Aircraft Corp., Carlsbad CA: Design of pixel readout electronics for wafer-to-wafer bonded infra-red image sensors.

## PATENTS

1.  CMU sponsored patent: "Intregrated Circuit have at Least a Sensor and A Processor Thereon," A. Gruss, T. Kanade, and L. R. Carley, U.S. Patent No. 5,107,103, issued 21 April 1992.

2.  Semiconductor Research Corporation sponsored patent: "Fully Differential Operational Amplifier Having Frequency Dependent Impedance Division," L. R. Carley and K. Nakamura, U.S. Patent No. 5,146,179, issued 8 September 1992.

3.  CMU sponsored patent: "Apparatus and Method for Fixed Delay Tree Search," J. Moon and L. R. Carley, U.S. Patent No. 5,136,593, issued 5 June 1992.

4.  CMU sponsored patent: "Sample and Hold Circuit and Finite Impulse Response Filter Constructed Therefrom," L. R. Carley, application filed 14 September 1993. U.S. Patent No. 5,414,311 issued May 9, 1995.

5.  CMU sponsored patent: "Four Rail Circuit Architecture for Ultra-Low Power and Voltage CMOS Circuit Design," L. R. Carley, US application filed 10 January 1995. US Patent No. 5,814,845 issued September 29,1998.

6.  CMU sponsored patent: "Microelectromechanical structure and process of making same," Inventors: L. R. Carley, M. L. Reed, G. K. Fedder, and S. Santhanam.  Application filed 25 July 1995. U.S. Patent No. 5,717,631 issued February 10, 1998.

7.  CMU sponsored patent: "An efficient memory-based architecture for implementing generalized adjustable-variance Viterbi detection," Inventor: L. Richard Carley. Application filed 19 May 1997. U.S. Patent No. 5,931,966 issued August 3, 1999.

8.  CMU sponsored patent: "Microelectromechanical structure and process of making same," Inventors: L. R. Carley, M. L. Reed, G. K. Fedder, and S. Santhanam.  Continuation in Part of (7), Application filed 3 October 1997. U.S. Patent No. 5,970,315 issued October 19, 1999.

9.  CMU sponsored patent: "Multiple power supply circuit architecture," Inventors: L. Richard Carley, Ram K. Krishnamurthy, Akshay Aggarwal, Herman H. Schmit. U.S. Patent # 6,366,061. Issued April 2, 2002. Filed: January 13, 1999.

10. IC Mechanics, Inc. sponsored patent: "Thin film MEMS sensors employing electrical sensing and force feedback," Inventors: L. Richard Carley, Suresh Santhanam, Yu-Nu Hsu. United States Patent #6,536,280. Issued: March 25, 2003. Filed: September 12, 2000.

11. IC Mechanics, Inc. sponsored patent: "Accelerometer-assisted servo writing for disk drives," Inventors: L. Richard Carley, Suresh Santhanam, Yu-Nu Hsu. United States Patent #6,778,348. Issued: August 17,2004. Filed: August 25, 2000.

12. IC Mechanics, Inc. sponsored patent: "Use of momentum transfer actuators for motion control of flexible mechanical structures," Inventors: L. Richard Carley.  United States Patent # 6,819,520.  Issued: November 16, 2004. Filed: December 22, 2000.

13. IC Mechanics, Inc. sponsored patent: "Micromachined assembly with a multi-layer cap defining a cavity," Inventors: L. Richard Carley, United States Patent # US7492019 B2. Issued: 17 Feb 2009, Filed: March 7, 2003.

14. IC Mechanics, Inc. sponsored patent: "Micromachined assembly with a multi-layer cap defining a cavity,"

Inventors: L. Richard Carley and Suresh Santhanam, European Patent # EP1602124 A4. Issued: 24 Nov 2010, Filed: 25 Feb 2004.

15. IC Mechanics, Inc. sponsored patent: "Manufacture of MEMS structures in sealed cavity using dry-release MEMS device encapsulation," Inventors: L. Richard Carley.  United States Patent # 7,008,812.  Issued: March 7, 2006. Filed: May 30, 2000.

16. Neolinear/Cadence sponsored patent: "Method for automatically sizing and biasing circuits by means of a database," Inventors:  Rodney Phelps, Ronald A. Rohrer, Anthony J. Gadient, Rob A. Rutenbar, L. Richard Carley. U.S. Patent No. 7,058,916 issued June 6, 2006.

17. IC Mechanics, Inc. sponsored patent:  "Encapsulation of MEMS devices using pillar-supported caps," Inventors: L. Richard Carley, Suresh Santhanam, Yu-Nu Hsu.  United States Patent # 7,153,717.  Issued: December 26, 2006. Filed: December 13, 2002.

18. Rennaisance Wireless Corp. sponsored patent: "RF transceiver switching system," Invetors: L. Richard Carley, Emmanouil Metaxakis and Apostolos Samelis. US Patent Application Filed Febrary 22, 2007.

19. CMU sponsored patent 2010-053: "Nanostructured Atomic Ion-Beam Nuclear Power Generators," Inventors: L. Richard Carley. US Provisional Patent Application filed Feb. 19, 2010.

20. Resonance Semiconductor Corp. patent: Sinha, Rajarishi, L. Richard Carley, Louis Caley Chomas, and Hugo Safar. "Protected resonator." U.S. Patent 8,080,823, issued Oct 4, 2011.

21. Resonance Semiconductor Corp. patent: Sinha, Rajarishi, L. Richard Carley, Louis Caley Chomas, and Hugo Safar. "Protected resonator." U.S. Patent 8,222,795, issued Jul 17, 2012.

22. Resonance Semiconductor Corp. patent: "Switchable Power Combiner," Inventors: Raj Sinha and L. Richard Carley. US Patent No. 8373519 issed Feb. 12, 2013.

23. Resonance Semiconductor Corp. patent: Sinha, Rajarishi, L. Richard Carley, Louis Caley Chomas, and Hugo Safar. "Protected resonator." U.S. Patent 8,487,511, issued July 16, 2013.

24. CMU sponsored patent application 2013-020: Luo, Yi, Yixuan Chen, Rozana Hussin, and L. R. Carley. A "Hot Electron Transistor Having Metal Terminals," International Appln. No. PCT/US2013/058053 submitted Sept. 4, 2013.

25. Resonance Semiconductor Corp. patent application: "Devices having a tunable acoustic path length and methods for their fabrication," Inventors: Rajarishi Sinha, L. Richard Carley, Deok-Yang Kim, US Patent 8,531,083 B2, issued Jul 16, 2013.

26. CMU sponsored patent: "Assembling and Applying Nano-Electro-Mechanical Systems," Inventors: L. Richard Carley. US Patent Application filed October 12, 2007. US Patent 8945970 issued Feb. 3, 2015.

27. Resonance Semiconductor Corp. patent application: "Devices having a tunable acoustic path length and methods for their fabrication," Inventors: Rajarishi Sinha, L. Richard Carley, Deok-Yang Kim, US Patent 8981618 B2, issued Mar 17, 2015.

## RESEARCH FUNDING

L. Richard Carley has been Principle Investigator or Co-Principle Investigator on individual research grants and contracts totalling over $20,000,000. He participated in the SRC-CMU Center for Computer Aided Design, which has had a total budget over the period of his participation of approximately $22M; he was Associate Director for Electronic Subsystems of the Data Storage Systems Center (an NSF Engineering Research Center) which had a total budget over the period of his participation of approximately $29M; and he participates in the MARCO C2S2 Center which has had a total budget of approximately $26M over the period of his participation.

## PUBLICATIONS

### Theses

1. L.R. Carley, *The Feasibility of Detecting Coronary Artery Turbulence Using Phonoangiography*. S.B. Thesis in EE&CS at MIT, June 1976.

2. L.R. Carley, *An Automated Procedure for Tracking Nerve Threshold (Theoretical Considerations)*. S.M. Thesis in EE&CS at MIT, June 1978.

3. L.R. Carley, *Characterizing and Comparing the Aftereffects of Activity at Successive Nodes of Ranvier from Frog Sciatic Nerve Fibers*, Ph.D. Thesis in EE&CS at MIT, June 1984.

### Books / Book Chapters

1. L.R. Carley, "Presynaptic Neural Information Processing," in *Neural Information Processing Systems*, D. Anderson (ed.), American Institute of Physics, New York NY, 1988.

2. R. Harjani, R.A. Rutenbar, and L.R. Carley, "A Prototype Framework for Knowledge-Based Analog Circuit Synthesis," in *25 years of Electronic Design Automation: A Compendium of Papers from the Design Automation Conference*, IEEE Press, 1988.

3. L. R. Carley, "Automated Design of Operational Amplifiers: A Case Study," in *Introduction to Analog VLSI Design Automation*, M. Ismail (editor), Boston, MA, Kluwer Academic Publishers, 1990.

4. T. Kanade, A. Gruss, and L. R. Carley, "A VLSI Sensor Based Rangefinding System," in *Robotics Research*, H. Miura and S. Arimoto (editors), pp. 49-56, Cambridge MA, MIT Press, 1990.

5. A. Gruss, L. R. Carley, and T. Kanade, "A Fast Lightstripe Rangefinding System with Smart VLSI Sensor," in *Machine Vision for Three Dimensional Scenes*, H. Freeman (editor), pp. 381-397, San Diego CA, Academic Press, 1990.

6. T. Kanade, A. Gruss, L. R. Carley, "A VLSI sensor based rangefinding system," in *Robotics Research. Fifth International Symposium*, H. Miura, S. Arimoto (eds.), pp. 49-56, Cambridge, MA, USA, MIT Press; 1990.

7. L. R. Carley, "An Oversampling Analog-to-Digital Converter Topology for High Resolution Signal Acquisition Systems," in *Oversampling Delta-Sigma Data Converters*, James Candy and Gabor D. Temes (eds.), New York: IEEE Press, 1991.

8. L. R. Carley, "A Noise-Shaping Coder Topology for 15+ Bit Converters," in *Oversampling Delta-Sigma Data Converters*, James Candy and Gabor D. Temes (eds.), New York: IEEE Press, 1991.

9. L. R. Carley, "A 16-Bit 4'th Order Noise-Shaping D/A Converter," in *Oversampling Delta-Sigma Data Converters*, James Candy and Gabor D. Temes (eds.), New York: IEEE Press, 1991.

10. J. J. Moon and L. R. Carley, *Sequence Detection for High-Density Storage Channels*, Boston, MA: Kluwer Academic Press, 1992.

11. E. Ochotta, R.A. Rutenbar, and L. R. Carley, "Equation-Free Synthesis of High-Performance Linear Analog Circuits," in *Advanced Research in VLSI*, J. Allen and F. T. Leighton (eds.), Cambridge MA: MIT Press, March 1992.

12. L. R. Carley, P. C. Maulik, E. S. Ochotta, and R. A. Rutenbar, "Analog Cell-Level Synthesis Using a Novel Problem Formulation," in *Advances in Analog Circuit Design*, J. H. Huijsing (editor), Boston, MA: Kluwer Academic Press, 1993.

13. L. R. Carley and R. S. Gyurcsik (eds.), *CAD of Analog Circuits and Systems*, Boston, MA: Kluwer Academic Press, 1993.

14. J. M. Cohn, D. J. Garrod, R. A. Rutenbar, and L. R. Carley, *Analog Device-Level Layout Automation*, Boston, MA: Kluwer Academic Press, 1994.

15. L. R. Carley, "Analog CAD," in *Analog VLSI: Signal and Information Processing*, M. Ismail and T. Fiez (editors), New York: McGraw Hill, 1994.

16. I. Masaki, L. R. Carley, S. Decker, B. K. P. Horn, H.-S. Lee, D. A. Martin, C. G. Sodini, and J. L. Wyatt Jr., "New Architecture Paradigms for Analog VLSI Chips," in *Vision Chips: Implementing Vision Algorithms with Analog VLSI Circuits*, C. Koch and H. Li (eds.), New York, NY: IEEE Press, 1995.

17. L. R. Carley, J. Kenney, and C. M. Wolff, "CAD for the Analysis and Design of Oversampling ADCs and DACs," in *Delta-Sigma Data Converters*, S. Norsworthy and R. Schreier (eds.), New York, NY: IEEE Press, 1996.

18. L. R. Carley and G. Temes, "Delta-Sigma ADCs with Multibit Quantizers," in *Delta-Sigma Data Converters*, S. Norsworthy and R. Schreier (eds.), New York, NY: IEEE Press, 1996.

19. B. R. Stanisic, R. A. Rutenbar and L. R. Carley, *Power Distribution Synthesis for Mixed-Signal Integrated Circuits, Kluwer Academic Publishers*, Norwell: MA, 1996.

20. R. A. Rutenbar, L. R. Carley, P.C. Maulik, E. S. Ochotta, T. Mukherjee, B. Basaran, S. Mitra, S. K. Nag, B. R. Stanisic, "Synthesis and Layout for Analog and Mixed Signal ICs in the ACACIA System," chapter in *Advances in Analog Circuit Design*, Kluwer Academic Publishers, Norwell: MA, 1996.

21. Emil S. Ochotta, Tamal Mukherjee, Rob A. Rutenbar, L. Richard Carley, *Practical Synthesis of High-Performance Analog Circuits*, Kluwer Academic Publishers, Boston MA, 1998.

22. Emil S. Ochotta, Brian A.A. Antao, Tamal Mukherjee, Rob A. Rutenbar, and L. Richard Carley, "Analog Integrated Circuit and System Synthesis," in *Analog CAD*, IEEE Press, Brian Antao and Rob A. Rutenbar (eds.), 1998.

23. Memet Aktuna, Rob A. Rutenbar, L. Richard Carley, *Geometric Algorithms for RF Circuit Layout*, Kluwer Academic Publishers, Boston MA, 2000.

24. R. Harjani, R. A. Rutenbar and L. R. Carley, "Analog Circuit Synthesis, for Performance in OASYS" originally in Proceedings ACM/IEEE Int'l Conference on CAD, Nov 1988, is reprinted in The Best of ICCAD: 20 years of Excellence in Computer Aided Design, a volume of the 40 most influential papers (out of over 1000) published across the first 20 years of the ACM/IEEE International Conference on CAD, IEEE Press, 2003.

## Journal Articles

1. L.R. Carley and S.A. Raymond, "Threshold Measurement: Applications to Excitable Membranes of Nerve and Muscle," *Journal of Neuroscience Methods* 9:309-333, May 1983.

2. L.R. Carley, "An Oversampling Analog-to-Digital Converter Topology for High Resolution Signal Acquisition Systems," *IEEE Transactions on Circuits and Systems* TCAS-34, No. 1, 83-91, January 1987.

3. L.R. Carley and S.A. Raymond, "Comparison of the after-effects of impulse conduction on threshold at nodes of Ranvier along single frog Sciatic axons," *Journal of Physiology (London)* 386: pp. 503-527, May 1987.

4. L.R. Carley and J.J. Moon, "Time Measurements of Amplitude and Bit Shift in Thin Metallic Media," *IEEE Transactions on Magnetics*, MAG-23, No. 5, pp. 2686- 2688, September 1987.

5.  J.J. Moon, L.R. Carley, and R.R. Katti, "Density Dependence of Noise in Thin Metallic Longitudinal Media," *Journal of Applied Physics*, Vol. 63, No. 8, pp. 3254-3256, April 1988.

6.  L.R. Carley and R.A. Rutenbar, "How to automate analog IC designs," *IEEE Spectrum*, Vol. 25, No. 8, pp. 26-30, August 1988.

7.  L.R. Carley and R.A. Rutenbar, "How to automate analog IC designs (translated into Japanese)," *Japanese Spectrum* , Maruzen, vol. 02, no. 03, March 1989.

8.  J.J. Moon and L.R. Carley, "Partial Response Signalling in a Magnetic Recording Channel," *IEEE Transactions on Magnetics*, TMAG-24, No. 5, pp. 2172-2174, September 1988.

9.  L. R. Carley, "A Noise-Shaping Coder Topology for 15+ Bit Converters," IEEE Journal of Solid State Circuits, Vol. SC-24, No. 2, April 1989.

10. R. Harjani, R. A. Rutenbar and L. R. Carley, "OASYS: A Framework for Analog Circuit Synthesis," *IEEE Trans. Computer Aided Design of ICs and Systems*, Vol. 8, No. 12, Dec. 1989.

11. L. R. Carley, "Trimming Analog Circuits Using Floating-Gate Analog MOS Memory," *IEEE Journal of Solid State Circuits*, Vol. SC-24, No. 6, Dec. 1989.

12. J.J. Moon and L.R. Carley, "Detection Performance in the Presence of Transition Noise," *IEEE Transactions on Magnetics*, MAG-26, No. 5, pp. 2172-2174, September 1990.

13. J.J. Moon and L.R. Carley, "Performance Comparison of Detection Methods in Magnetic Recording," *IEEE Transactions on Magnetics*, MAG-26, No. 6, pp. 3155- 3172, November 1990.

14. J. Cohn, D. Garrod, R. A. Rutenbar and L. R. Carley, "New Algorithms for Placement and Routing of Custom Analog Cells in ACACIA," *IEEE Journal of Solid State Circuits*, Vol. SC-26, No. 3, March 1991.

15. T. Mukherjee and L. R. Carley, "Rapid Yield Estimation as a Computer Aid for Analog Cell Design," *IEEE Journal of Solid State Circuits*, Vol. SC-26, No. 3, March 1991.

16. L. R. Carley, A. Gruss, and T. Kanade, "Integrated Sensor and Rangefinding Analog Signal Processor," *IEEE Journal of Solid State Circuits*, Vol. SC-26, No. 3, March 1991.

17. L. R. Carley and J. G. Kenney, "Comparison of Computationally Efficient Forms of FDTS/DF Against PR4- ML," *IEEE Transactions on Magnetics*, MAG-27, No. 6, pp. 4567-4572, November 1991.

18. K. Nakamura and L. R. Carley, "An Enhanced Fully Differential Folded-Cascode Op Amp," *IEEE Journal of Solid State Circuits*, Vol. SC-27, No. 4, April 1992.

19. J. G. Kenney,  L. R. Carley, and R. W. Wood, "Multi-Level Decision Feedback Equalization for Saturation Recording," *IEEE Transactions on Magnetics,* Vol. 29, No. 4, pp. 2160-2172, July 1993.

20. J. G. Kenney, P. A. McEwen, and L. R. Carley, "Evaluation of Magnetic Recording Detection Schemes for Thin Film Media," *IEEE Transactions on Magnetics*, vol. MAG-27, no. 6, 4822-4824, November 1991.

21. J. G. Kenney and L. R. Carley, "Design of Multibit Noise-Shaping Data Converters,"  *Analog Integrated Circuits and Signal Processing*, Vol. 4, No. 1, pp. 49-62, July 1993.

22. P. H. Dietz and L. Richard Carley, "Simple Networks for Pixel Plane Median Filtering,"  *IEEE Transactions on Circuits and Systems* , Vol. 40, No. 12, pp. 799-801, December 1993.

23. B.R. Stanisic, N.K. Verghese, D.J. Allstot, R.A. Rutenbar, L.R. Carley, "Addressing Substrate Coupling in MIxed-Mode ICs: Simulation and Power Distribution Synthesis," *IEEE Journal of Solid State Circuits*, Vol. 29, No. 3, pp. 226-239, March 1994.

24. J. Moon and L. R. Carley, "Efficient Sequence Detection for Intersymbol Interference Channels with Run-Length Constraints," *IEEE Transactions on Communications,* Vol. 42, No. 9, pp. 2654-60, Sept. 1994.

25. P. C. Maulik, L. R. Carley, R. A. Rutenbar, "Automatic Analog Topology Selection via Mixed Integer/Nonlinear Programming," *IEEE Transactions on CAD*, Vol. 14, No. 4, pp. 401-412, April 1995.

26. B. R. Stanisic, R. A. Rutenbar and L. R. Carley, "Mixed-Signal Noise Decoupling via Simultaneous Power Distribution Design and Cell Customization in RAIL," *IEEE Journal of Solid State Circuits*, Vol. 30, No. 3, pp. 321-326, March 1995.

27. S. Mitra, R. A. Rutenbar, L. R. Carley and D. J. Allstot, "Substrate-Aware Mixed-Signal Macro-Cell Placement in WRIGHT," *IEEE Journal of Solid State Circuits*, Vol. 30, No. 3, pp. 269-278, March 1995.

28. K. Nakamura, M. Hotta, L. R. Carley and D. J. Allstot, "A 85-mW, 10-bit 40-MS/s ADC with Decimated Parallel Architecture," *IEEE Journal of Solid State Circuits*, Vol. 30, No. 3, pp. 173-183, March 1995.

29. K. Bracken and L. Carley, "Adaptive Continuous-Time Equalization Followed by FDTS/DF Sequence Detection," *IEEE Transactions on Magnetics*, Vol. 31, No. 2, pp. 1089-1094, March 1995.

30. L. R. Carley, K. C. Bracken, R. Mittal, and J. Park, "A Low-Power Analog Sampled-Data VLSI Architecture for Equalization and FDTS/DF Detection," *IEEE Transactions on Magnetics*, Vol. 31, No. 2, pp. 1202- 1207, March 1995.

31. K. C. Bracken, H. M. Zayed, and L. R. Carley, "Adaptive Continuous-Time Equalization Followed by FDTS/DF Sequence Detection," *IEEE Transactions on Magnetics*, Vol. 31, No. 6, pp. 3048-3050, November 1995.

32. E. S. Ochotta, R. A. Rutenbar and L. R. Carley, "Synthesis of High-Performance Analog Circuits in ASTRX/OBLX," *IEEE Transactions on CAD*, Vol. 15, no. 3, pp. 273-294, March 1996.

33. M. H. Kryder, W. Messner, L. R. Carley, "Approaches to 10 Gbit/in$^2$ Recording", *J. Applied Physics*, Vol. 79, no. 8, pp. 4485-4490, 1996.

34. G. K. Fedder, S. Santhanam, M. L. Reed, S. C. Eagle, D. F. Guillou, M. S.-C. Lu, and L. R. Carley, "Laminated High-Aspect-Ratio Microstructures in a Conventional CMOS Process", *Sensors & Actuators A*, vol. A57, no. 2, pp. 103-110, November 1996.

35. R. Mittal, K. C. Bracken, L. R. Carley, and D. J. Allstot, "A Low-Power Backward Equalizer for DFE Read- Channel Applications," *IEEE Journal of Solid State Circuits*, vol. 32, no. 2, pp. 270-273, Feb. 1997.

36. J. C. Park and L. R. Carley, "Analog Complex Graphic Equalizer for EPR4 Channels," *IEEE Transactions on Magnetics*, vol. TMAG-33, no. 5, pt. 1, pp. 2785-7, Sept. 1997.

37. R. K. Krishnamurthy and L R Carley, "Exploring the design space of mixed swing quadrail for low power digital circuits," *IEEE Transactions on VLSI Systems*, vol. 5, no. 4, pp. 388-400, December 1997.

38. L. R. Carley and S. Sridharan, "A pipelined 16-State Generalized Viterbi Detector," *IEEE Transactions on Magnetics*, vol. 34, no. 1, pt. 1, pp. 181-6, January 1998.

39. J. C. Park and L. R. Carley, "High-Speed CMOS Continuous-Time Complex Graphic Equalizer For Magnetic Recording," *IEEE Journal of Solid State Circuits*, vol. 33, no. 3, pp. 427-38, March, 1998.

40. Mehmet Aktuna, Rob A. Rutenbar, L. Richard Carley, "Transistor-Level Early Floorplanning Algorithms for RF Circuits," *IEEE Transactions on CAD*, vol. 18, no. 4, pp. 375-388, April 1999.

41. N. M. Zayed and L. R. Carley, "Equalization and Detection for Nonlinear Recording Channels with Correlated Noise," *IEEE Transactions on Magnetics*, vol. 35, no. 5, pt. 1, pp. 2295-7, September 1999.

42. L. R. Carley, P. K. Khosla, R. M. Unetich, "Teaching Introduction to Electrical and Computer Engineering in Context," *IEEE Proceedings*, vol. 88, no. 1, pp. 8-22, January, 2000.

43. Srinath Sridharan and L. R. Carley, "A 110MHz 350mW 0.6um CMOS 16-State Generalized-Target Viterbi Detector for Disk Drive Read Channels," *IEEE Journal of Solid State Circuits*, vol. 35, no. 3, pp. 362-370, March, 2000.

44. L. R. Carley, J. A. Bain, G. K. Fedder, D. W. Greve, D. F. Guillou, M. S. C. Lu, T. Mukherjee, S. Santhanam, L. Abelmann, and S. Min, "Single Chip Computers With MEMS-Based Magnetic Memory," *Journal of Applied Physics*, vol. 87, no. 9, pp. 6680-6685, 1 May 2000.

45. Rodney Phelps, Michael Krasnicki, Rob A. Rutenbar, L. Richard Carley, "Anaconda: Simulation-Based Synthesis of Analog Circuits Via Stochastic Pattern Search," *IEEE Transactions on CAD*, vol. 19, no. 6, pp. 703-717, June 2000.

46. D. F. Guillou, S. Santhanam, and L. R. Carley, "Laminated, Sacrificial-Poly MEMS Technology in Standard CMOS," *Sensors and Actuators A*, vol. A85, no.1-3, p. 346-55, 25 Aug. 2000.

47. Tamal Mukherjee, L. Richard Carley, Rob A. Rutenbar, "Efficient Handling of Operating Range and Manufacturing Line Variations in Analog Cell Synthesis," *IEEE Transactions on CAD*, vol. 19, no. 8, pp. 825-39, August 2000.

48. L. R. Carley, G. R. Ganger, and D. F. Nagle, "MEMS-based integrated-circuit mass-storage systems," *Communications of the ACM*, vol.43, no.11, p. 72-80, Nov. 2000.

49. L. R. Carley, Greg Ganger, David Guillou, and David Nagle, "System Design Considerations for MEMS-Actuated Magnetic Probe Based Mass Storage", *IEEE Transactions on Magnetics*, vol. 37, no. 2, pp. 657-662, March 2001.

50. Hasnain Lakdawala, Xu Zhu, Hao Luo, Suresh Santhanam, L. Richard Carley, and Gary K. Fedder, "Micromachined High-Q Inductors in a 0.18um Copper Interconnect Low-K Dielectric CMOS Process," *IEEE Journal of Solid State Circuits (JSSC)*, vol. 37, no. 3, pp. 394-403, March 2002.

51. Hao Luo, Gang Zhang, L. Richard Carley and Gary K. Fedder, "A Post-CMOS Micromachined Lateral Accelerometer," *Journal of Microelectromechanics Systems (JMEMS)*, vol. 11, no. 3, pp. 188-195, June, 2002.

52. Rany Tawfik El-Sayed and L. R. Carley, "Performance Analysis of Beyond 100 Gb/in2 MFM-Based MEMS-Actuated Mass Storage Devices", *IEEE Trans. on Magnetics,* vol. 38, no. 5, pt. 1, pp. 1892-4, Sep 2002.

53. Ojas Choksi and L. Richard Carley, "Analysis of switched-capacitor common-mode feedback circuit," *IEEE Transactions on Circuits and Systems II*, vol. 50, no. 12, pp. 906-917, Dec. 2003.

54. Rany Tawfik El-Sayed and L. R. Carley, "Performance Analysis of a 0.3 Tb/in$^2$ Low-Power MFM-Based Scanning-Probe Device," *IEEE Trans. Magn.*, vol. 39, no. 6, pp. 3566-74, Nov. 2003.

55. Jiang-Feng Wu, Gary K. Fedder and L. Richard Carley, "A Low-Noise Low-Offset Capacitive Sensing Amplifier for a 50 μg/root-Hz Monolithic CMOS-MEMS Accelerometer," *IEEE Journal of Solid-State Circuits*, vol. 39, no. 5, pp. 722-30, May 2004.

56. Rany Tawfik El-Sayed and L. R. Carley, "Analytical and micromagnetic-based modeling of quantization noise in MFM-based pulse-width-Modulation perpendicular recording," *IEEE Trans. Magn.*, vol. 40, no. 4, pp. 2326-8, July 2004.

57. Ojas Choksi and L. Richard Carley, "Comments and Corrections," *IEEE Transactions on Circuits and Systems II (TCAS-II)*, Vol. 51, No. 3, pp. 1-2, March 2004.

58. S. Khizroev, Y. Hijazi, R. Chomko, S. Mukherjee, R. Chantrell, X. Wu, L. R. Carley, D. Litvinov, "Focused- ion-beam-fabricated nanoscale magnetoresistive ballistic sensors," *Applied Physics Letters*, v 86, n 4, 24 Jan. 2005, p 42502-1-3.

59. Rany Tawfik El-Sayed and L. R. Carley, "Media and Tip Trajectory Optimization for High-Density MFM-Based Perpendicular Recording," *IEEE Transactions on Magnetics (TMAG)*, Vol. 41, No. 3, pp. 1209–1217, March 2005.

60. Jiangfeng Wu and L. Richard Carley, "Electromechanical Delta-Sigma Modulation With High-Q Microme-chanical Accelerometers and Pulse Density Modulated Force Feedback," *IEEE Transactions on Circuits and Systems I (TCAS-I)*, Vol. 53, No. 2, pp. 274–287, Feb. 2006.

61. Jim S. Wright, John R. Long, L. Richard Carley, and Tom Riley, "On-Die Synthesized Inductors: Boon or Bane," Invited Paper, *IEEE Microwave Magazine*, Vol.11, No.3, pp. 95-104, May 2010.

62. L. R. Carley and K. Carley, "Use of Social Network Analysis to Improve Wireless Data Distribution," *Journal of Sociology and Social Anthropology*, vol. 5, no. 58, pp. 364-375, 2012.

63. M. Kas, S. Appala, C. Wang, K. Carley, L. R. Carley, and O. Tonguz, "What if Wireless Routers were Social? Analyzing Wireless Mesh Networks from a Social Networks Perspective," *IEEE Wireless Communications Magazine*, vol. 19, no. 6, pp. 36-43, 2012.

64. M. Kas, A. Khadka, W. Frankenstein, A. Abdulla, F. Kunkel, L. R. Carley, and K. Carley, "Analyzing Scientific Networks for Nuclear Capabilities Assessment," *Journal of the American Society for Information Science and Technology*, vol. 63, no. 7, pp. 1294-1312, 2012.

65. W. Tai, W. Xu, A. Ravi, H. Lakdawala, O.B. Degani, L. R. Carley, and Y. Palaskas, "A Transformer-Combined 31.5 dBm Outphasing Power Amplifier in 45 nm LP CMOS With Dynamic Power Control for Back-Off Power Efficiency Enhancement," *IEEE Journal of Solid-State Circuits*, vol. 47, no. 7, pp. 1646-1658, 2012.

66. M. Kas, K. Carley, and L. R. Carley, "Trends in science networks: understanding structures and statistics of scientific networks," *Social Network Analysis and Mining*, vol. 2, no. 2, pp. 169-187, 2012.

67. Kas, Miray, A. G. Khadka, W. Frankenstein, A. Y. Abdulla, F. Kunkel, L. R. Carley, and K. Carley, "Analyzing Scientific Networks for Nuclear Capabilities Assessment," *Journal of American Society for Information Science and Technology (JASIST)*, vol. 63, no. 7, pp. 1294-1312, July 2012.

68. Kas, Miray, L. Richard Carley, and Kathleen M. Carley. "Monitoring Social Centrality for Peer-To-Peer Network Protection." *IEEE Communications Magazine* 51(12): 155-161, 2013.

69. Tang, Yingying, Yang Zhang, Gary K. Fedder, and L. Richard Carley. "A Dual Probe STM Imaging System and a Low Noise Switched-Capacitor Transimpedance Amplifier." *IEEE Sensors Jounal,* vol.13, no. 8, pp. 2984-2992, Aug. 2013.

70. Ghita Mezzour, L. Richard Carley and Kathleen M. Carley, 2014. Longitudinal Analysis of a Large Corpus of Cyber Threat Descriptions. *Journal of Computer Virology and Hacking Techniques*. DOI: 10.1007/s11416-014-0217-8, pp 1-12, June 2014.

71. Kas, Miray, L. Richard Carley, and Kathleen M. Carley, "An incremental algorithm for updating betweenness centrality and k-betweenness centrality and its performance on realistic dynamic social network data," *Social Network Analysis and Mining*, vol. 4, no. 1, pp. 1-23, Nov. 2014.

72. Frankenstein, William, Ghita Mezzour, Kathleen M. Carley and L. Richard Carley, "Remote assessment of countries' nuclear, biological, and cyber capabilities: joint motivation and latent capability approach," *Social Network Analysis and Mining*, vol. 5, no. 1, pp. 1-21, Jan. 2015.

73. Ghita Mezzour, William Frankenstein, Kathleen M. Carley, and L. Richard Carley. A Socio-Computational

Approach to Predicting Bioweapon Proliferation. *IEEE Transactions on Computational Social Systems* (submitted for review 2015).

74. Ghita Mezzour, L. Richard Carley and Kathleen M. Carley, 2016. Empirically Identifying Causes of Global Variation in Encounters and Hosting of Network-Based Attacks. (Submission code: IJESDF-135309) to the International Journal of Electronic Security and Digital Forensics (IJESDF).

## Papers in Symposium or Conference Proceedings

1. L.R. Carley and S. A. Raymond, "Delta Modulation Theory can be used to Optimize Threshold Hunting," *Society for Neuroscience Abstracts*, Nov. 1981.

2. L.R. Carley and S. A. Raymond, "Comparison of the Aftereffects of Activity Between Nodes of Ranvier," *Society for Neuroscience Abstracts*, Nov. 1983.

3. L.R. Carley, "The Perception of Quantization Noise in Oversampled A/D Converters," *Proceedings of the IEEE ASSP 1986 Workshop on Applications of Signal Processing to Audio and Acoustics*, New Paltz, New York, September, 1986.

4. L.R. Carley and J.J. Moon, "Time Measurements of Amplitude and Bit Shift in Thin Metallic Media," *Proceedings of the 1987 International Magnetics Conference*, Tokyo Japan, April 1987.

5. R. Harjani, R.A. Rutenbar, and L.R. Carley, "A Prototype Framework for Knowledge-Based Analog Circuit Synthesis," *24th ACM/IEEE Design Automation Conference*, Miami Beach FL, pp. 42-49, June 1987.

6. L. R. Carley, "Presynaptic Neural Information Processing," Abstracts of Papers, *IEEE Conference on Neural Information Processing Systems - Natural and Synthetic*, Denver CO, November 1987.

7. L.R. Carley and W. Maly, "An IC Circuit Breaker for Redundant Systems," *Proceedings of IEEE 1988 Custom Integrated Circuits Conference*, (CICC) Rochester NY, May 1988.

8. L. R. Carley and J. Kenney, "A 16-Bit 4'th Order Noise- Shaping D/A Converter," *Proceedings of IEEE 1988 Custom Integrated Circuits Conference*, Rochester NY, May 1988.

9. C. Wolff and L.R. Carley, "Modeling the Quantizer in Higher-Order Delta-Sigma Modulators," *Proceedings of the IEEE 1988 International Symposium on Circuits and Systems* (ISCAS-88), Helsinki Finland, June 1988.

10. D.B.I. Feltham, P.J. Nigh, L.R. Carley, and W. Maly, "Current Sensing for Built-In Testing of CMOS Circuits," *Proceedings of the IEEE International Conference on Computer Design* (ICCD), Rye NY, October 1988.

11. R. Harjani, R.A. Rutenbar, and L.R. Carley, "Analog Circuit Synthesis and Exploration in OASYS," *Proceedings of the IEEE International Conference on Computer Design* (ICCD), Rye NY, October 1988.

12. R. Harjani, R. A. Rutenbar, and L. R. Carley, "Analog Circuit Synthesis for Performance in OASYS," *Proceedings of the SRC Techcon'88*, Dallas Texas, October 1988.

13. D. J. Garrod, R. A. Rutenbar, and L. R. Carley, "Automated Layout of Custom Analog Cells," *Proceedings of the SRC Techcon'88*, Dallas Texas, October 1988.

14. R. Harjani, R.A. Rutenbar, and L.R. Carley, "Analog Circuit Synthesis for Performance in OASYS," *Proceedings of 1988 International Conference on Computer-Aided Design* (ICCAD-88), Santa Clara CA, November 1988.

15. J. Kenney and L.R. Carley, "CLANS: A High-Level Synthesis Tool for High Resolution Data Converters," *Proceedings of 1988 International Conference on Computer-Aided Design* (ICCAD-88), Santa Clara CA,

November 1988.

16. D. Garrod, R.A. Rutenbar, and L.R. Carley, "Automated Layout of Custom Analog Cells in ANAGRAM," *Proceedings of 1988 International Conference on Computer-Aided Design* (ICCAD-88), Santa Clara CA, November 1988.

17. L. R. Carley, "Trimming Analog Circuits Using Floating-Gate Analog MOS Memory," *Digest of Technical Papers, 1989 International Solid-State Circuits Conference* (ISSCC-89), New York, February 1989.

18. C. Wolff and L.R. Carley, "Calculating the Stability Range and SNR of Delta-Sigma Modulators" *Proceedings of the IEEE 1989 International Symposium on Circuits and Systems* (ISCAS-89), Portland, OR, May 1989.

19. L. R. Carley, D. Garrod, R. Harjani, J. Kelly, T. Lim, E. Ochotta and R.A. Rutenbar, "ACACIA: The CMU Analog Design System," *Proc. IEEE 1989 Custom Integrated Circuits Conference*, San Diego, CA, May 1989.

20. J. J. Moon and L. R. Carley, "Sequence Detection on Run- length-limited Codes," *Proc. 23rd Asilomar Conference on Signals, Systems and Computers*, Monterey, CA, Oct. 1989.

21. J. J. Moon and L. R. Carley, "Detection Performance in the Presence of Transition Noise," *Proc. IEEE 1990 International Magnetics Conference*, Brighton, United Kingdom, April 1990.

22. C. M. Wolff and L. R. Carley, "A macromodel simulation strategy for delta-sigma data converters," in *Proceedings of the IEEE 1990 International Symposium on Circuits and Systems* (ISCAS-90), New Orleans, LA, May 1990.

23. J. Cohn, D. Garrod, R. A. Rutenbar and L. R. Carley, "New Algorithms for Placement and Routing of Custom Analog Cells in ACACIA," *Proc. IEEE 1990 Custom Integrated Circuits Conference*, Boston, MA, May 1990.

24. T. Mukherjee and L. R. Carley, "Rapid Yield Estimation as a Computer Aid for Analog Cell Design," *Proc. IEEE 1990 Custom Integrated Circuits Conference*, Boston, MA, May 1990.

25. L. R. Carley, A. Gruss, and T. Kanade, "Integrated Sensor and Rangefinding Analog Signal Processor," *Proc. IEEE 1990 Custom Integrated Circuits Conference*, Boston, MA, May 1990.

26. J. M. Cohn, D. J. Garrod, R. A. Rutenbar, and L. R. Carley, "KOAN/ANAGRAM II: Flexible Algorithms for Layout of Custom Analog Cells," *Proceedings of the SRC Techcon'90*, San Jose, CA, October 1990.

27. T. Mukherjee, E. Ochotta, P. C. Maulik, H. Malik, L. R. Carley, and R. A. Rutenbar "The Evolution of the OASYS Analog Circuit Synthesis Tool," *Proceedings of the SRC Techcon'90*, San Jose, CA, October 1990.

28. T. Kanade, A. Gruss, and L. R. Carley, "A Very Fast VLSI- Based Rangefinder," *Proceedings of the 1991 IEEE International Conference on Robotics and Automation*, vol.2, pp. 1322-9, Sacramento, CA, April, 1991.

29. L. R. Carley, "Comparison of Computationally Efficient Forms of FDTS/DF Against PR4-ML," *Proc. of The Magnetic Recording Conference* (TMRC), Hidden Valley, PA, June 1991.

30. K. Nakamura and L. R. Carley, "A Current-Based Positive- Feedback Technique for Efficient Cascode Bootstrapping," *1991 Symposium on VLSI Circuits, Digest of Technical Papers*, Japan, May/June 1991.

31. K. Nakamura and L. R. Carley, "A Fully Differential Op-Amp Topology with Improved PSRR and CMRR," *Proc. 1991 IEEE International ASIC Conference and Exhibit*, September 1991.

32. P. C. Maulik and L. R. Carley, "High-Performance Analog Module Generation Using Nonlinear Optimization," *Proc. 1991 IEEE International ASIC Conference and Exhibit*, September 1991.

33. P. C. Maulik and L. R. Carley, "Automating Analog Circuit Design Using Constrained Optimization Techniques," *Proceedings of 1991 International Conference on Computer-Aided Design* (ICCAD-91), Santa Clara CA, November 1991.

34. J. Cohn, D. Garrod, R. A. Rutenbar, and L. R. Carley, "Techniques for Simultaneous Placement and Routine of Custom Analog Cells in KOAN/ANAGRAM II," *Proceedings of 1991 International Conference on Computer-Aided Design* (ICCAD-91), Santa Clara CA, November 1991.

35. E. Ochotta, R.A. Rutenbar and L.R. Carley, "Equation-Free Synthesis of High-Performance Linear Analog Circuits," *Proceedings of the Brown/MIT Conference on Advanced Research in VLSI and Parallel Systems,* Providence RI, pp. 129-146, March 1992.

36. L. R. Carley, P. C. Maulik, E. S. Ochotta, and R. A. Rutenbar, "Analog Cell-Level Synthesis Using a Novel Problem Formulation", *Proc. of Advances in Analog Circuit Design*, T. U. Delft, The Netherlands, April 1992.

37. L. R. Carley, A. Biyabani, P. Donehue, and P. Fung, "Numerical Optimization-Based Synthesis of Pipelined A/D Converters," *Proceedings of Int. Symp. on Circuits and Systems*, pp. 2152-2155, May, 1992.

38. J. G. Kenney and L. R. Carley, "Geometric Representation of the Tree Search Detector," *Proceedings of the International Communications Conference*, Chicago, IL, June 1992.

39. P.C. Maulik, L.R. Carley and R.A. Rutenbar, "A Mixed-Integer Nonlinear Programming Approach to Analog Circuit Synthesis," *Proceedings of the ACM/IEEE Design Automation Conference*, June 1992.

40. K. C. Bracken and L. R. Carley, "BiCMOS Analog Arbitration Circuits," *Proc. of the Bipolar/BiCMOS Circuits and Technology Meeting*, pp. 246-9, Oct. 1992.

41. S. Mitra, S. K. Nag, R. A. Rutenbar, and L. R. Carley, "System-level Routing of Mixed-Signal ASICs in WREN," in *Proceedings of International Conference on Computer-Aided Design*, pp. 394-399, November 1992.

42. P. H. Dietz and L. R. Carley, "An Analog Circuit Technique for Finding the Median," *Proceedings of the 1993 Custom Integrated Circuits Conference*, San Diego CA, May 1993.

43. B. R. Stanisic, R. A. Rutenbar and L. R. Carley, "Power Distribution Synthesis for Analog and Mixed-Signal ASICs in RAIL," *Proceedings of the 1993 Custom Integrated Circuits Conference*, San Diego CA, May 1993.

44. E.S. Ochotta, R.A. Rutenbar and L. R. Carley, "Bridging the Gap Between Analog Designers and Analog Synthesis Tools with ASTRX/OBLX," *Extended Abstract Volume, Semiconductor Research Corporation TECHCON '93*, Sept. 1993.

45. P. H. Dietz and L. R. Carley, "Analog/Digital Hybrid VLSI Signal Processing Using Single Bit Modulators," *Proceedings of the 1993 Workshop on Applications of Signal Processing to Audio and Acoustics*, Sept. 1993.

46. B. Basaran, R.A. Rutenbar and L. R. Carley, "Latchup-Aware Placement and Parasitic-Bounded Routing of Custom Analog Cells," *Proceedings ACM/IEEE International Conference on CAD,* November 1993.

47. I. Lys and L.R. Carley, "QuadRail: A Design Methodology for Ultra-Low Power ICs," *Proceedings of the 1994 International Workshop on Low Power Design*, Napa Valley CA, April 1994.

48. B.R. Stanisic, R.A. Rutenbar and L. R. Carley, "Mixed-Signal Noise Decoupling via Simultaneous Power Distribution Design and Cell Customization in RAIL," *Proceedings of the 1994 IEEE Custom Integrated Circuits Conference*, San Diego CA, May 1994.

49. K. Nakamura, M. Hotta, L. R. Carley and D. J. Allstot, "A 85-mW, 10-bit 40-MS/s ADC with Decimated

Parallel Architecture," *Proceedings of the 1994 IEEE Custom Integrated Circuits Conference*, San Diego CA, May 1994.

50. S. Mitra, R.A. Rutenbar, L.R. Carley and D.J. Allstot, "Substrate-Aware Mixed-Signal Macro-Cell Placement in WRIGHT," *Proceedings of the 1994 IEEE Custom Integrated Circuits Conference*, San Diego CA, May 1994.

51. E.S. Ochotta, L.R. Carley and  R.A. Rutenbar  "Analog Circuit Synthesis for Large, Realistic Cells: Designing a Pipelined A/D Converter with ASTRX/OBLX," *Proceedings of the 1994 IEEE Custom Integrated Circuits Conference*, San Diego CA, May 1994.

52. E.S. Ochotta, R.A. Rutenbar and L.R. Carley, "ASTRX/OBLX: Tools for Rapid Synthesis of High-Performance Analog Circuits," *Proceedings of the 1994 ACM/IEEE Design Automation Conference*,  June 1994.

53. L. Carley and K. Bracken, "Adaptive Continuous-Time Equalization Followed by FDTS/DF Sequence Detection," *Digests of the Magnetic Recording Conference*, p. C3, San Diego CA, August 1994.

54. K. Bracken and L. Carley, "A Low-Power  Analog Sampled-Data  VLSI Architecture for  Equalization and FDTS/DF  Detection," *Digests of the Magnetic Recording Conference*, p. C3,  San Diego CA, August 1994.

55. T. Mukherjee, L. R. Carley, and R.A. Rutenbar, "Synthesis of Manufacturable Analog Circuits,"  *Proceedings ACM/IEEE International Conference on CAD,* pp. 586–589, November 1994.

56. R. A. Rutenbar and  L. R. Carley, R. A. Rutenbar, L. R. Carley, P.C. Maulik, E. S. Ochotta, T. Mukherjee, B. Basaran, S. Mitra, S. K. Nag, B. R. Stanisic, "Synthesis and Layout for Analog and Mixed Signal ICs in the ACACIA System," *Proc. Advances in Analog Circuit Design Workshop*, April 1995.

57. K. Bracken and L. Carley "Adaptive Continuous Time Equalization and FDTS/DF Sequence Detection," *Proceedings of INTERMAG*, San Antonio TX, April1995.

58. J. Park, R. Mittal, K. C. Bracken, L. R. Carley, and D. J. Allstot, "High-Speed CMOS Current-Mode Equalizers," *Proceedings of the ISCAS*, Seattle WA, May 1995.

59. S. Mitra, R.A. Rutenbar, L.R. Carley and D.J. Allstot, "A Methodology for Rapid Estimation of Substrate-Coupled Switching Noise," *Proceedings of the 1995 IEEE Custom Integrated Circuits Conference*,  San Jose  CA, May 1995.

60. L. R. Carley and T. Mukherjee, "High-Speed Low-Power Integrating CMOS Sample-and-Hold Amplifier Architecture," *Proceedings of the 1995 IEEE Custom Integrated Circuits Conference*,  San Jose  CA, May 1995.

61. M. H. Kryder, W. Messner, L. R. Carley, "Approaches to 10 Gbit/in2 Recording",  *Proceedings of the MMM Conference*, Philadelphia PA, November 1995.

62. G. K. Fedder,  S. Santhanam,  M. L. Reed,  S. C. Eagle,  D. F. Guillou,  M. S.-C. Lu,  and L. R. Carley, "Laminated High-Aspect-Ratio Microstructures in a Conventional CMOS Process", *Proceedings of the 9th IEEE International Workshop on Micro Electro Mechanical Systems*, San Diego, CA USA, Feb. 11-15, 1996.

63. P. Meier, R. A. Rutenbar and L. R. Carley, "Exploring Multiplier Architecture and Layout for Low Power," *Proceedings of the 1996 IEEE Custom Integrated Circuits Conference*,  San Diego  CA, May 1996.

64. L. Richard Carley, Georges Gielen, Rob A. Rutenbar, Willy Sansen, "Synthesis Tools for Mixed-Signal ICs: Progress on Frontend and Backend Strategies," *Proc. ACM/IEEE 1996 Design Automation Conference*, June 1996.

65. Ram Kumar Krishnamurthy, Ihor Lys, L. Richard Carley,  "Static power driven voltage scaling and delay

driven buffer sizing in Mixed Swing QuadRail for sub-1V I/O swings," *Proceedings of the International Symposium on Low Power Electronic Systems*, Monterey CA, August 1996.

66. L. Richard Carley, David F. Guillou, and Suresh Santhanam, "Fabrication and Performance of Mesa Interconnect," *Proceedings of the International Symposium on Low Power Electronic Systems*, Monterey CA, August 1996.

67. L. Richard Carley, David Nagle, Rob A. Rutenbar, Herman Schmit, Donald E. Thomas, Sari Coumeri, Ram Kumar Krishnamurthy, Ihor Lys, Pascal Meier, and David Pursley, "Design of Ultra-Low Power Integrated Circuits" *Proceedings of the NSF/MIPS Conference on Experimental Research on Computer Systems*, National Science Foundation, 1996.

68. J. C. Park and L. R. Carley, "Analog Complex Graphic Equalizer for EPR4 Channels," *Digests of the 1997 International Conference on Magnetics (INTERMAG-97)*, pp. CR-09, New Orleans LA, April 1997.

69. N. M. Zayed and L. R. Carley, "Equalization and Detection in Nonlinear Storage Channels with Signal-Dependent Noise," *Digests of the 1997 International Conference on Magnetics (INTERMAG-97)*, New Orleans LA, April 1997.

70. J. C. Park, N. M. Zayed, and L. R. Carley, "High-Speed Continuous-Time Analog Complex Graphic Equalizer For Magnetic Recording Read Channels," *Proceedings of the IEEE 1997 Custom IC Conference*, Santa Clara CA, pp. 606-609, May 1997.

71. L. R. Carley, D. Guillou, and G. Fedder, "Design of a MEMS Actuated Scanning Probed-Based Data Storage System," *Proceedings of the 1997 IDEMA Alternative Storage Technologies Symposium*, San Jose, CA, June 1997.

72. N. M. Zayed and L. R. Carley, "Equalization and Detection in Nonlinear Storage Channels with Signal-Dependent Noise," *Proceedings of the 1997 13th International Conference on Digital Signal Processing Systems*, Greece, July 1997.

73. L. R. Carley and S. Sridharan, "A pipelined 16-State Generalized Viterbi Detector," *Digests of The Magnetic Recording Conference*, Minneapolis MN, p. F6.1-2, Sept. 1997.

74. M. S.-C. Lu, S. Santhanam, L. R. Carley, and G. K. Fedder, "Curved-Electrode Lateral Electrostatic Micro-actuators in 0.5μ CMOS," *Proceedings of the 9th Int. Conf. on Solid-State Sensors and Actuators (Transducers'97)*, Chicago IL, June 1997.

75. M. Aktuna, R. A. Rutenbar and L. R. Carley, "Device Level Early Floorplanning for RF Circuits," *1998 ACM International Symposium on Physical Design*, pp. 57-64, April 1998.

76. R. K. Krishnamurthy, H. Schmit, and L. R. Carley, "A Low-power 16-bit Multiplier-Accumulator using Series-regulated Mixed Swing Techniques," *Proceedings of the IEEE 1998 Custom IC Conference*, pp. 499- 502, Santa Clara CA, May 1998.

77. L. R. Carley, A. Aggarwal, and R. K. Krishnamurthy, "Decreasing Low-Voltage Manufacturing-Induced Delay Variations with Adaptive Mixed-Swing Circuits," in *Proceedings of the 1998 IEEE/ACM International Symposium On Low Power Electronics And Design*, pp. 106-108, August 1998.

78. R. K. Krishnamurthy, H. Schmit, and L. R. Carley, "A Low-power 16-bit Multiplier-Accumulator using Series-regulated Mixed Swing Techniques," *Proceedings of the IEEE 1998 Custom IC Conference*, Santa Clara CA, May 1998.

79. A. Biyabani, L. R. Carley, and T. Kanade, "An Analog CMOS IC for Template Matching," *Proceedings of the 2nd Analog VLSI Workshop*, Santa Clara CA, June 1998.

80. R. K. Krishnamurthy, H. Schmit, and L.R.Carley. "A Low-power 16-bit Multiplier-Accumulator using Series-regulated Mixed Swing Techniques," in *Proceedings of the 1998 IEEE/Custom Integrated Circuits

*Conference*, pp. 499-502, Santa Clara, CA, May 1998.

81. Sridharan, Shrinath and L. R. Carley, "A 110MHz 350mW 0.6μm CMOS 16-State Generalized-Target Viterbi Detector for Disk Drive Read Channels," *Proceedings of the IEEE 1999  Custom IC Conference*, San Diego CA, May 1999.

82. A. Biyabani, L. R. Carley and T. Kanade, "An Analog CMOS IC for Template Matching," *Digest of Technical Papers, 1999 International Solid-State Circuits Conference (ISSCC-99)*, pp. 82-84, San Francisco CA, February 1999.

83. N. M. Zayed and L. R. Carley, "Detection for Signal-Dependent, Correlated Noise in Magnetic Recording," *Proceedings of the 1999 International Communications Conference (ICC-99)*, Vancouver B.C., Canada, pt. 3, pp. 1972-6, vol. 3, June 1999.

84. N. M. Zayed and L. R. Carley, "Equalization and Detection for Nonlinear Recording Channels with Corre-lated Noise,"  *Digests of the 1999 International Con-ference on Magnetics (INTERMAG-99)*, Kyongju, Korea, April 1999.

85. N. M. Zayed and L. R. Carley, "Generalized Partial Response Signalling and  Efficient MLSD Using Linear Viterbi Branch Metrics," *Digests of the 1999 Global Communications Conference (GLOBECOM-99)*, Rio de Janeiro, Brazil, December 1999.

86. Joshua C. Park and L. R. Carley, "Continuous-Time Adaptive Infinite Impulse Response (IIR) Equalizers for EPR4 Channels," *Digests of the 1999 Global Telecommunications Conference (GLOBECOM-99)*, Rio de Janeiro, Brazil, pt. 1b, vol. 1b, pp. 926-32, December 1999.

87. Rodney Phelps, Michael Krasnicki, Rob A. Rutenbar, L. Richard Carley "ANACONDA: Robust Synthesis of Analog Circuits Via Stochastic Pattern Search," *Proceedings IEEE Custom Integrated Circuits Confer-ence*, San Diego CA, pp. 567-570, May 1999.

88. Ram Kishore Ganti and L. R. Carley, "A Low Distortion High Frequency Transconductor Structure", in *Proceedings of the 1999 IEEE International Symposium on Circuits and Systems (ISCAS)*, vol. 2, pt. 2, pp. 216- 9, May 1999.

89. Michael Krasnicki, Rodney Phelps, Rob A. Rutenbar, L. Richard Carley "MAELSTROM: Efficient Simulation-Based Synthesis for Custom Analog Cells,"  *Proc. ACM/IEEE Design Automation Conference*, June 1999.

90. Pascal Meier, Rob A. Rutenbar, L. Richard Carley, "Inverse Polarity Techniques for High-Speed/Low-Power Multipliers", *Proc. International Symposium on Low-Power Electronics and Design*, San Diego, CA, August 1999.

91. L. R. Carley, A. Aggarwal, and R. K. Krishnamurthy, "Decreasing Low-Voltage Manufacturing-Induced Delay Variations with Adaptive Mixed-Swing Circuits,"  *1999 IEEE/ACM International Symposium On Low Power Electronics And Design*, San Diego, CA, Aug. 1999.

92. B. Ramasubramanian, H. Schmit, and L. R. Carley, "Mixed-Swing QuadRail for Low Power Dual-Rail Domino Logic," *1999 IEEE/ACM International Symposium On Low Power Electronics And Design*, San Diego, CA,  Aug. 1999.

93. D. F. Guillou, S. Santhanam, and L. R. Carley, "Laminated, sacrificial-poly MEMS technology in standard CMOS,"  Proc. Eurosensors XIII, pp. 339-340, The Hague, The Netherlands, Sept. 1999.

94. L. R. Carley, J.A. Bain, G.K. Fedder, D.W. Greve, D.F. Guillou, M.S.-C. Lu, T. Mukherjee, S. Santhanam, L. Abelmann and S. Min, "Single-chip computer with MEMS-based magnetic memory," *Proc. 44th Annual Conf. on Magnetism and Magnetic Materials (MMM '99)*, San Jose, CA, Nov. 1999.

95. N. Dragone, A. Aggarwal, and L. R. Carley, "An Adaptive On-Chip Voltage Regulation Technique for

Low- Power Applications," *IEEE/ACM International Symposium On Low Power Electronics And Design (ISLPED'00)*, Portofino ITALY, pp. 20-24, July 2000.

96. Rodney Phelps, Michael Krasnicki, Rob A. Rutenbar, L. Richard Carley , "A Case Study of Synthesis for Industrial-Scale Analog IP: Redesign of the Equalizer/Filter Frontend for an ADSL CODEC," *Proceedings of the ACM/IEEE Design Automation Conference*, Los Angeles CA, pp. 1-6, June 2000.

97. Q. Jing, H. Luo, T. Mukherjee, L. R. Carley, G. K. Fedder, "A 1 mG lateral CMOS-MEMS accelerometer," *Proceedings IEEE Thirteenth Annual International Conference on Micro Electro Mechanical Systems*, pp. 187-92, Miyazaki, Japan; 23-27 Jan. 2000.

98. H. Luo, G. K. Fedder, and L. R. Carley, "CMOS micromechanical bandpass filter design using a hierarchical MEMS circuit library," *Proceedings IEEE Thirteenth Annual International Conference on Micro Electro Mechanical Systems*, pp. 502-07, Miyazaki, Japan; 23-27 Jan. 2000.

99. L. R. Carley, Greg Ganger, David Guillou, and David Nagle, "System Design Considerations for MEMS-Actuated Magnetic Probe Based Mass Storage", *Digests of The Magnetic Recording Conference (TMRC'00)*, pp. B6.1-6, Santa Clara CA, 14-16 Aug. 2000.

100. J.-F. Wu and L. R. Carley, "Table-Based Time-Domain Simulation of Oversampled Discrete-Time Micro-electromechanical Systems", *Proceedings of the 2000 IEEE/ACM Int. Workshop on Behavioral Modeling and Simulation (BMAS)*, Orlando, FL, pp. 37-41, Sep. 2000.

101. H. Luo, G. K. Fedder, L. R. Carley, "An Elastically Gimbaled Z-Axis CMOS-MEMS Gyroscope," *International Symposium on Smart Structures and Microsystems 2000*," Hong Kong, Oct. 19-21, 2000.

102. J.-F. Wu and L. R. Carley, "Table based Numerical Macromodeling for MEMS Devices", in *Proceedings of the 4th International Conference on Modeling and Simulation of Microsystems (MSM)*, Hilton Head, SC, June 2001.

103. J.-F. Wu and L. R. Carley, "A Simulation Study of Electromechanical Delta-Sigma Modulators", in *Proceedings of the 2001 IEEE International Symposium on Circuits and Systems (ISCAS)*, Sydney, Australia, vol. 3, pt. 3, pp. 453-6, May 2001.

104. Ashoke Ravi, L. R. Carley, "Mixed-Swing Methodology for Domino Logic Circuits," in *Proceedings of the 2001 Custom Integrated Circuits Conference (CICC'01)*, pp. 85-88, San Diego, CA, May 2001.

105. Hasnain Lakdawala, Xu Zhu, Hao Luo, Suresh Santhanam, L. Richard Carley, and Gary K. Fedder, "Micromachined Hi-Q Inductors in a 0.18um Copper Interconnect Low-K Dielectric CMOS Process," in *Proceedings of the 2001 Custom Integrated Circuits Conference (CICC'01)*, pp. 579-582, San Diego, CA, May 2001.

106. Nicola Dragone, Rob A. Rutenbar, L. Richard Carley, and Roberto Zafalon, Dragone, "Low-power technology mapping for mixed-swing logic," in *Proceedings of the 2001 International Symposium on Low Power Electronics Design (ISLPED)*, August 2001.

107. L. Richard Carley, Rany Tawfik El-Sayed, David F. Guillou, Fernando Alfaro, Gary K. Fedder, Stephen Schlosser, David Nagle, Greg Ganger, and James Bain, "MEMS Memory Elements," Keynote Paper in *Proceedings of the 2001 Non-Volatile Memory Technology Symposium (NVMTS-01)*, pp. 1-5, San Diego CA, Nov. 7, 2001.

108. Michael Krasnicki, Rodney Phelps, James Hellums, Mark McClung, Rob A. Rutenbar, and L. Richard Carley, "ASF: A Practical Simulation-Based Methodology for the Synthesis of Custom Analog Circuits," in *International Conference on Computer-Aided Design (ICCAD 2001): IEEE/ACM Digest of Technical Papers*, pp. 350-357, Nov. 2001.

109. Hao Luo, Xu Zhu, Hasnain Lakdawala, L. Richard Carley and Gary K. Fedder, "A Copper CMOS-MEMS Z-axis Gyroscope," in *Technical Digest: 2002 International Conference on Micro Electro Mechanics Sys-*

19

*tems (MEMS-02)*, pp. 631-634, Las Vegas NV, Jan. 23, 2002.

110. Jiangfeng Wu, Gary K. Fedder, and L. Richard Carley, "A Low-Noise Low-Offset Chopper Stabilized Capacitive Readout Amplifier," in *Digest of Technical Papers of the International Solid-State Circuits Conference (ISSCC)*, San Francisco CA, pp. 428-9, Feb. 6, 2002.

111. Rany Tawfik El-Sayed and L. Richard Carley, "Performance Analysis of Beyond 100 Gb/in2 MFM-Based MEMS-Actuated Mass Storage Devices," *Proceedings of the International Conference on Magnetics (INTERMAG)*, Apr. 2002.

112. Rany Tawfik El-Sayed and L. R. Carley, "Performance Analysis of Beyond 100 Gb/in$^2$ MFM-Based MEMS-Actuated Mass Storage Devices", *IEEE International Magnetics Conference (Intermag Europe 2002) Digest of Technical Papers*, Amsterdam, The Netherlands, pp. BT-2, April 2002.

113. Gang Zhang, Aykut Dengi, and L. Richard Carley, "Automatic Synthesis of a 2.1GHz SiGe Low Noise Amplifier," *2002 IEEE Radio Frequency Integrated Circuits (RFIC) Symposium: Digest of Technical Papers*, Seattle WA, pp. 125-128, June 2002.

114. Hongzhou Liu, Amit Singhee, Rob A. Rutenbar, and L. Richard Carley, "Rememberance of Circuits Past: Macromodeling by Data Mining in Large Analog Design Spaces," *Proceedings of the 2002 Design Automation Conference*, New Orleans LA, pp.437-442, June 2002.

115. Ashoke Ravi, Krishnamurthy Soumyanath, L. Richard Carley, Ralph E. Bishop, "An Integrated 10/5GHz Injection-locked Quadrature LC VCO in a 0.18μm digital CMOS process," *Proceedings of the 28th European Solid-State Circuits Conference (ESSCIRC 2002)*, pp. 543-6, Sept. 2002.

116. Hao Luo, Gary K. Fedder and L. Richard Carley, "Integrated Multiple-Device IMU Systems with Continuous-Time Sensing Circuitry," *Digest of Technical Papers of the International Solid-State Circuits Conference (ISSCC)*, San Francisco CA, pp. 204-205, Feb. 2003.

117. Rany Tawfik El-Sayed and L. R. Carley, "Analytical and Micromagnetic-based Modeling of Quantization Noise in MFM-Based Pulse-Width-Modulation Perpendicular Recording," *Proceedings of the 2003 Joint MMM/Intermag Conference*, Seattle WA, April 2003.

118. Ashoke Ravi, G. Banerjee, Ralph E. Bishop, Bradley A. Bloechel, L. Richard Carley, Krishnamurthy Soumyanath, "10 GHz, 20mW, fast locking, adaptive gain PLLs with on-chip frequency calibration for agile frequency synthesis in a .18μm digital CMOS process," *2003 Symposium on VLSI Circuits: Digest of Technical Papers*, Kyoto Japan, pp. 181-4, June 2003.

119. Ashoke Ravi, Krishnamurthy Soumyanath, Ralph E. Bishop, Bradley A. Bloechel, L. Richard Carley, "An optimally transformer coupled, 5GHz Quadrature VCO in a 0.18μm digital CMOS process," *Digest of Technical Papers, 2003 Symposium on VLSI Circuits*, Kyoto Japan, pp. 141-4, June 2003.

120. Altug Oz, Vivek K. Saraf, Deepa P. Ramachandran, Gary K. Fedder and Tamal Mukherjee, "Frequency Hopping Circuits based on Reconfigurable MEMS Capacitors", *TECHON 2003*, Dallas, TX, August, 2003.

121. Louis C. Chomas, Yu-Nu Hsu, Scott Friends, David Volfson, Richard Morrison, Hasnain M. Lakdawala, Rajarishi S. Sinha, David F. Guillou, Suresh Santhanam, L. Richard Carley, "Low Cost Manufacturing/ Packaging Process for MEMS Inertial Sensors," *Proceedings of International Manufacturing and Packaging Symposium (IMAPS-03)*, Boston MA, July, 2003.

122. S. Mukherjee, R. Chantrell, X. Wu, J. A. Bain, L. R. Carley, K. Howard, D. Litvinov, S. Khizroev, "Spin-polarized nanodevice for future information technologies," *Digest of INTERMAG 2003. International Magnetics Conference*, 2003, p FT-09.

123. Ashoke Ravi, R. E. Bishop, L. R. Carley, and K. Soumyanath, "8 GHz, 20mW, fast locking, fractional-N frequency synthesizer with optimized 3rd order, 3/5-bit IIR and 3rd order 3-bit FIR noise shapers in 90nm CMOS," *Proceedings of the 2004 IEEE Custom Integrated Circuits Conference (CICC-04)*, Orlando FL,

pp. 625-628, October 2004

124. Gang Zhang, A. Dengi, R. A. Rohrer, R. A. Rutenbar and L. R. Carley; "A synthesis flow toward fast parasitic closure for radio-frequency integrated circuits," *Proceedings 2004 Design Automation Conference (DAC-04)*, San Diego CA, pp. 155-8, June 2004.

125. Gang Zhang and L. R. Carley; "A CMOS-MEMS magnetic thin-film inductor for radio frequency and intermediate frequency filter circuits," *Proceedings of the 2004 IEEE International Symposium on Circuits and Systems (ISCAS-04)*; Vancouver, Canada, May 2004, Vol. 4, Part 4, pp. 469-72.

126. Jaejin Park, Ruifeng Sun, L. Richard Carley, and C. Patrick Yue, "A 10-Gbps, 8-PAM parallel interface with crosstalk cancellation for future hard disk drive channel ICs," *Proceedings of the 2005 IEEE International Symposium on Circuits and Systems (ISCAS-05)*, pt. 2, pp. 1162-5, vol. 2., May 2005.

127. Sita V. Iyer, Hasnain Lakdawala, Raj S. Sinha, Eric J. Zacherl, Richard T. Unetich, Daniel M. Gaugel, David F. Guillou, and L. Richard Carley, "A 0.5 mm$^2$ integrated capacitive vibration sensor with sub-10 zF/rt-Hz noise floor," *Proceedings of the IEEE 2005 Custom Integrated Circuits Conference*, San Jose, CA, pp. 93- 96, September 2005.

128. Jaejin Park, J. F. Liu, L. Richard Carley, and C. Patrick Yue, "A 1-V, 1.4-2.5 GHz charge-pump-less PLL for a phase interpolator based CDR," *Proceedings of the IEEE 2007 Custom Integrated Circuits Conference*, San Jose, CA, pp. 281-284, September 2007.

129. Erkan Alpman, Hasnain Lakdawala, L. Richard Carley, and K. Sounyananth, "A 1.1V 50mW 2.5GS/s 7b Time- Interleaved SAR ADC in 45nm LP Digital CMOS," in *Digest of Technical Papers of the International Solid- State Circuits Conference (ISSCC)*, San Francisco, CA, pp. 76-77, Feb 9, 2009.

130. Zhenning Wang, Richard Lin, Eshel Gordon, Hasnain Lakdawala, L. Richard Carley, and Jonathan C. Jensen, "An In-Situ Crystal Temperature Sensing Interface Based on a SAR ADC in 45nm LP CMOS for Crystal Frequency Temperature Compensation," in *Digest of Technical Papers of the International Solid-State Circuits Conference (ISSCC)*, San Francisco, CA, pp. 316-317, Feb. 9, 2010.

131. L. Richard Carley and Kathleen M. Carley, "Social Network Aware Routing and Prefetching on Dual-Mode Wireless Networks," in *Complex Communication Networks -- Digest of the IEEE Global Communications Conference (GLOBECOM)*, Miami, FL, Dec. 10, 2010.

132. Wei Tai, H. Xu, Ashoke Ravi, Hasnain Lakdawala, O. B. Degani, L. Richard Carley, and Y. Palaskas, "A 31.5dBm Outphasing Class-D Power Amplifier in 45nm CMOS with Back-off Efficiency Enhancement by Dynamic Power Control," in *Proceedings of the European Solid-State Circuits Conference (ESSCIRC)*, Helsinki, Finland, Sep. 14, 2011.

133. Wei Tai, L. Richard Carley, and David S. Ricketts, "A Q-Band SiGe Power Amplifier with 17.5 dBm Saturated Output Power and 26% Peak PAE," in *Proceedings of the Bipolar Circuits and Technology Meeting (BCTM)*, Atlanta GA, Oct. 10, 2011.

134. D.Tian, L. Richard Carley, and David S. Ricketts, "Frequency Scaling of Power Reclamation Networks in Outphasing Power Amplifier Architectures", to appear in *Proceedings of the 2012 International Symposium on Circuits and Systems (ISCAS)*, Seoul, Korea, May 20-23, 2012.

135. Miray Kas, M. Wachs, L. Richard Carley, Kathleen M. Carley, "Incremental Centrality Computations for Dynamic Social Networks," to appear at *XXXII International Sunbelt Social Network Conference (Sunbelt 2012)*, Rodendo Beach, CA, USA, March 12-18, 2012.

136. Miray Kas, Kathleen M. Carley, L. Richard Carley, "Who was Where, When? Spatiotemporal Analysis of Researcher Mobility in Nuclear Science," to appear in *Proceedings of the International Workshop on Spatio-Temporal Data Integration and Retrieval (STIR 2012)*, Held in conjunction with ICDE 2012, Washington DC, USA, April 1, 2012.

21

137. Alla G. Khadka, Miray Kas, Ahmed Y. Abdulla, William Frankenstein, Kathleen M. Carley, and L. Richard Carley, "Nuclear Security and Iran: Developing a Methodology to Assess a Countrys Nuclear Capacity," in *Proceedings of the Midwest Political Science Association National Conference (MPSA 2012)*, Chicago, IL, USA, April 12-15, 2012.

138. Y. Tang, Y. Zhang, G. K. Fedder, and L. R. Carley, "An Ultra-low Noise Switched Capacitor Transimpedance Amplifier for Parallel Scanning Tunneling Microscopy," *IEEE Sensors Conference*, pp. 4, 2012.

139. M. Kas, K. Carley, and L. R. Carley, "Who was Where, When? Spatiotemporal Analysis of Researcher Mobility in Nuclear Science," *International Workshop on Spatio-Temporal Data Integration and Retrieval*, 2012.

140. Y. Zhang, Y. Tang, L. R. Carley, and G. K. Fedder, "Active CMOS-MEMS Dual Probe Array for STM Based Parallel Imaging and Nanopatterning," *MEMS: IEEE International Conference on Microelectromechanical Systems*, 2013.

141. D. Tian, L. R. Carley, and D. Ricketts, "Frequency Scaling of Power Reclamation Networks in Outphasing Power Amplifier Architectures," *2012 International Symposium on Circuits and Systems (ISCAS-2012)*, pp. 4, 2012.

142. M. Chen, D. Tian, S. Phatak, and L. R. Carley, "A 4GHz-Bandwidth Op-Amp Free Track-and-Hold and 6-bit Flash ADC in 45nm SOI CMOS," Topical Meeting on Silicon Monolithic Integr. Circ. in RF Systems (SiRF), Jan. 2013.

143. A. Abdulla, A. G. Khadka, M. Kas, W. Frankenstein, K. Carley, and L. R. Carley, "Nuclear Security and Iran: Developing a Methodology to Assess a Country's Nuclear Capability," *Midwest Political Science Association Political Science Conference*.

144. M. Kas, M. Wachs, L. R. Carley, and K. Carley, "Incremental Centrality Computations for Dynamic Social Networks," in *The XXXII International Sunbelt Social Networks Conference, 2012* INSNA.

145. W. Hu, Y. Tang, Y. Zhang, J. Gu, S. Tamaru, J. A. Bain, L. R. Carley, R. F. Davis, G. K. Fedder, and D. Ricketts, "Ti/TiO2 Nanodevices Fabrication Using Compliant Probes and CMOS Probe Arrays," *Worshop on Technologies for Future Micro-Nano Manufacturing*, pp. 104 - 110, 2012.

146. Chen, M. W., D. Tian, S. Phatak, L. R. Carley, and D. S. Ricketts. "A 4GHz-bandwidth op-amp-free track-and-hold and 6-bit flash ADC in 45nm SOI CMOS." In *2013 IEEE 13th Topical Meeting on Silicon Monolithic Integrated Circuits in RF Systems (SiRF)*, pp. 126-128. IEEE, 2013.

147. Tai, Wei, L. Richard Carley, and David S. Ricketts. "A 0.7 W fully integrated 42GHz power amplifier with 10% PAE in 0.13μm SiGe BiCMOS." In *International Solid-State Circuits Conference Digest of Technical Papers (ISSCC), 2013 IEEE International*, pp. 142-143. IEEE, 2013.

148. Kas, Miray, Kathleen M. Carley, and L. Richard Carley. "Incremental closeness centrality for dynamically changing social networks." In *Proceedings of the 2013 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, pp. 1250-1258. ACM, Niagra Falls, Canada, Aug. 2013.

149. Kas, Miray, Matthew Wachs, Kathleen M. Carley, and L. Richard Carley. "Incremental algorithm for updating betweenness centrality in dynamically growing networks." In *Proceedings of the 2013 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, pp. 33-40. ACM, Niagra Falls, Canada, Aug. 2013.

150. Chen, M. W., L. R. Carley, and D. S. Ricketts. "A Process-Technology-Scaling-Tolerant Pipelined ADC Architecture Achieving 6-bit and 4 GS/s ADC in 45 nm CMOS", In *2014 IEEE 14th Topical Meeting on Silicon Monolithic Integrated Circuits in RF Systems (SiRF)*, IEEE, 2014.

151. Ghita Mezzour, Kathleen M. Carley and L. Richard Carley. "An Empirical Study of Global Malware Encounters," *Proceedings of the ACM Symposium and Bootcamp on the Science of Security (HotSos)*, Urbanna IL, ACM Press, April 2015.

152. Carley, L. R., G. Colak, L. Chomas, L. Pileggi and K. Mai, "Technologies for Secure RFID Authentication of Medicinal Pills and Capsules," in *Proceedings of the IEEE Radio Frequency Identification Technology and Applications (RFID-TA 2016)*, Shunde China, Sept. 21-23, 2016.