VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
HECTOR G. GALLEGOS (CA SBN 175137)
HGallegos@mofo.com
JONATHAN M. SMITH (CA SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
SHAELYN DAWSON (CA SBN 288278)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NIKON CORPORATION, SENDAI
NIKON CORPORATION, and NIKON INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br><br>                    Defendants. | Case No. 2:17-cv-07083 RGK (MRWx)<br><br>**DEFENDANTS NIKON CORPORATION, SENDAI NIKON CORPORATION, AND NIKON INC.'S PRETRIAL DISCLOSURES, FRCP 26(A)(3)(A)**<br><br>Trial:          November 6, 2018<br>Time:          9:00 a.m.<br>Courtroom:   850, 8th Floor<br><br>Hon. R. Gary Klausner |

1    Pursuant to the Court's Order for Jury Trial (ECF No. 50) and Rule
2  26(a)(3)(A) of the Federal Rules of Civil Procedure, Defendants Nikon
3  Corporation, Sendai Nikon Corporation, and Nikon Inc. make the following pre-
4  trial disclosures.

5  **I.       WITNESSES**

6    Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), Defendants
7  disclose the following witnesses whom Defendants intend to call at trial, in no
8  particular order.

9

10  1. Darrell, Trevor Jackson
    University of California, Berkeley
11  748 Sutardja Dai Hall
    UC Berkeley, CA 94720
12  (415) 690-0822
13

14  2. Butterworth, Mark
    1966 Stanley Avenue
15  Santa Clara, CA 95050
    (408) 623-1764
16

17  3. Davis, Julie
    20 North Wacker Drive
18  Suite 2150
    Chicago, IL 60606
19  (312) 506-1505
20

21  4. Dr. Stuart Kleinfelder
    The Henry Samueli School of Engineering
22  University of California, Irvine
    Irvine, CA 92697-2625
23  (949) 824-9430
24

25  5. Vannatter, Bryan J.
    **Contact via Counsel:**
26  Vincent J. Belusko
27  707 Wilshire Boulevard
    Los Angeles, CA  90017-3543
28

1   (213) 892-5200

2
3   6. Kitaoka, Naoki
    **Contact via Counsel:**
4   Vincent J. Belusko
    707 Wilshire Boulevard
5   Los Angeles, CA  90017-3543
    (213) 892-5200
6
7   7. Muraishi, Nobuyuki
    **Contact via Counsel:**
8   Vincent J. Belusko
9   707 Wilshire Boulevard
    Los Angeles, CA  90017-3543
10  (213) 892-5200

11
12  8. Mori, Yoshizo
    **Contact via Counsel:**
13  Vincent J. Belusko
    707 Wilshire Boulevard
14  Los Angeles, CA  90017-3543
15  (213) 892-5200

16  9. Sangbongi, Shinsuke
17  **Contact via Counsel:**
    Vincent J. Belusko
18  707 Wilshire Boulevard
    Los Angeles, CA  90017-3543
19  (213) 892-5200

20
21  10. Shima, Toru
    **Contact via Counsel:**
22  Vincent J. Belusko
    707 Wilshire Boulevard
23  Los Angeles, CA  90017-3543
    (213) 892-5200
24
25  11. Yamagata, Hiroshi
    **Contact via Counsel:**
26  Vincent J. Belusko
27  707 Wilshire Boulevard
    Los Angeles, CA  90017-3543
28  (213) 892-5200

1

2      12. Etchells, David
       **Contact via Counsel:**
3      Vincent J. Belusko
4      707 Wilshire Boulevard
       Los Angeles, CA  90017-3543
5      (213) 892-5200

6      13. Kosiara, Joe (or other representative from Intellectual Ventures Management,
7      LLC)
       **Contact via Counsel:**
8      Daniel Shih
9      1201 Third Ave.
       Suite 3800
10     Seattle, WA 98101-3000
11     (206) 373-7390

12     14. Reich, Ariel (or other representative from HP Inc.)
13     **Contact via Counsel:**
       Sean Cunningham
14     401 B Street, Suite 1700
15     San Diego, CA 92101-4297
       (619) 699-2900
16

17     15. Toto, Peter (or other representative from Sony Corporation of America)**
       **Contact via Counsel:**
18     John Flock
19     One Broadway
       New York, NY 10004-1007
20     (212) 908-6490

21
       16. Hee Ha, Jae (or other representative from MagnaChip Semiconductor
22     Corporation)
23     **Contact via Counsel:**
       Franklin Kang
24     Two Embarcadero Center, Suite 1300
25     San Francisco, CA 94111
       (415) 844-1948
26

27     17. Wagemann, Ulrich
       **Contact via Counsel:**
28

Christoper S. Marchese
633 West Fifth Street, 26th Floor, Los Angeles, CA 90071
213-533-4240

18. Zeiler, Andreas
**Contact via Counsel:**
Christoper S. Marchese
633 West Fifth Street, 26th Floor, Los Angeles, CA 90071
213-533-4240

19. Singer, Wolfgang
Carl-Zeiss-Strass 22
73447 Oberkochen
Germany
+49 7364 20-0

20. Kaschke, Michael
Carl-Zeiss-Strass 22
73447 Oberkochen
Germany
+49 7364 20-0

21. Drube, Jerry
3130 S Owyhee Street
Boise, ID 83705
(208) 424-7100

22. Pressman, Robert
Bramson & Pressman LLP
1100 E. Hector Street, Suite 410
Conshohocken, PA 19428
(610) 260-4444

23. Bowles, Frank
Cambridge University Library
West Road Cambridge United Kingdom CB3 9DR
44-(0) 1223 333000

Based on Defendants' understanding of whom Plaintiffs currently intend to call as witnesses at trial, Defendants do not currently have any witnesses that they

"may call only if the need arises."  Defendants reserve the right to call any of the witness indicated on Plaintiffs' trial witness list in the event that Plaintiffs decide not to call that witness to testify in person.  Defendants also reserve the right to call any witness on Plaintiffs' witness list or any witness that is needed for rebuttal, depending on the circumstances at trial.

## II.    DESIGNATIONS OF WITNESSES EXPECTED TO BE PRESENTED BY DEPOSITIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Defendants disclose in the attached **Exhibit A** designations of witnesses whom Defendants intend to present at trial by deposition testimony.  Defendants have designated deposition testimony from the following witnesses:  David Etchells; Ulrich Wagemann; Andreas Zeiler; Ariel Reich; Jerry Drube; Michael Kaschke; Joe Kosiara; Robert Pressman; Wolfgang Singer; Jae Hee Ha; and Peter Toto.  Defendants reserve the right to call these witnesses live at trial to examine them in person or to present their testimony via their video depositions.

Based on the parties' agreement, at this time, Defendants have provided only initial designations of witness deposition testimony that Defendants may present at trial.  The parties have not yet exchanged counter-counter-designations, but Defendants intend and reserve all rights to present counter-counter-designations in addition to the designations provided in Exhibit A.

## III.    EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), Defendants identify in the attached **Exhibit B** the documents or exhibits Defendants expect to offer as evidence at trial.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:   October 5, 2018

Respectfully submitted,

JACK LONDEN
VINCENT J. BELUSKO
MORRISON & FOERSTER LLP

By: /s/ *Vincent J. Belusko*
Vincent J. Belusko

Attorneys for Defendants
NIKON CORPORATION;
SENDAI NIKON CORPORATION;
AND NIKON INC.