1

# DENIED

2

## BY ORDER OF THE COURT

3

4

LINK TO 322

5

6

7

8

9

10

11

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

CARL ZEISS AG and ASML
NETHERLANDS B.V.,

15

16

       Plaintiffs,

17

v.

18

NIKON CORPORATION, SENDAI
NIKON CORPORATION, and
NIKON INC.,

19

20

       Defendants.

Case No. 2:17-cv-07083-RGK (MRWx)

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' APPLICATION FOR
LEAVE TO FILE UNDER SEAL**

**(PER L.R. 79-5.2.2(b))**

District Judge: R. Gary Klausner
Magistrate Judge: Michael R. Wilner

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE
TO FILE UNDER SEAL
Case No. 2:17-cv-07083-RGK (MRWx)

1 | ~~Having considered Plaintiffs' Application for Leave to File Under Seal, this Court~~

2 | ~~**GRANTS** the Application.~~

3 | ~~**IT IS HEREBY ORDERED** that the following document be filed under seal:~~

4 | • ~~Portions of parties' [Proposed] Final Pretrial Conference Order.~~

5 | **THE APPLICATION TO SEAL IS DENIED.**

6 | **IT IS SO ORDERED.**

7 |

8 | Dated: October 17, 2018

9 |

10 | HONORABLE R. GARY KLAUSNER

11 | UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE
TO FILE UNDER SEAL
Case No. 2:17-cv-07083-RGK (MRWx)