VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
HECTOR G. GALLEGOS (CA SBN 175137)
HGallegos@mofo.com
JONATHAN M. SMITH (CA SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
SHAELYN DAWSON (CA SBN 288278)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NIKON CORPORATION,
SENDAI NIKON CORPORATION, and NIKON INC.

*[Caption continued on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendants. | Case No.  2:17-cv-07083 RGK (MRWx) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: TRIAL DISCLOSURES** <br><br> Hon. R. Gary Klausner <br> Hon. Michael R. Wilner |

Christopher S. Marchese (SBN 170239),
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Frank Scherkenbach (SBN 142549),
scherkenbach@fr.com
Kurt L. Glitzenstein (Admitted Pro Hac Vice), glitzenstein@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Olga I. May (SBN 232012),
omay@fr.com
K. Nicole Williams (SBN 291900),
nwilliams@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiffs, CARL ZEISS, AG and ASML NETHERLANDS B.V.

Pursuant to Civil Local Rules 7-1 and Federal Rule of Civil Procedure 29, Plaintiffs Carl Zeiss AG and ASML Netherlands B. V., and Defendants Nikon Corporation and Nikon Inc., through their counsel of record, hereby stipulate and agree as follows, subject to the approval of the Court:

**WILL-CALL LIVE WITNESS LIST**

The parties will exchange a good faith list of witnesses they intend to call live at trial by 5 p.m. on October 29, 2018.

**OPENING DEMONSTRATIVES**

The parties will exchange demonstratives and an identification of exhibits to be used in opening statements by 5:00 p.m. three calendar days before opening statements. The demonstratives provided should be a color representation in PDF, JPEG, or other commonly used format. However, for video or animations, the party seeking to use the demonstrative will provide the demonstrative on a DVD or CD or via FTP in .MPG, .AVI, or other commonly used format in order to make the video or animations reasonably accessible. The parties will serve objections to the use of such demonstratives and exhibits by 9:00 p.m. three calendar days before opening statements. The parties will meet and confer regarding any objections no later than 12:00 p.m. (Noon) two calendar days before opening statements. If good faith efforts to resolve objections to demonstratives and exhibits fail, the objecting party will file with the Court written objections no later than 8 a.m. one calendar day before opening statements. The party seeking to use the demonstratives and exhibits will file with the Court a response to the written objections no later than 3:00 p.m. one day before opening statements. The requirement of this paragraph to disclose demonstratives and exhibits does not require the parties to disclose blow-ups or highlights of exhibits that were properly disclosed for openings, so long as the exhibit was identified as an exhibit to be used in opening statements.

**WITNESS DEMONSTRATIVES[1]**

Each party will provide to the other party, by witness, any demonstratives and a list of the exhibits to be used during the party's direct witness examination with any witness no later than 5:00 p.m. three calendar days before their intended use. The demonstratives provided should be a color representation in PDF, JPEG, or other commonly used format. However, for video or animations, the party seeking to use the demonstrative will provide the demonstrative on a DVD or CD or via FTP in .MPG, .AVI, or other commonly used format in order to make the video or animations reasonably accessible. The demonstratives will be provided in the order in which they are intended to be shown. The disclosure of exhibits need only be a list of the exhibit numbers by witness. Any objections shall be served no later than 9:00 p.m. three calendar days before the witness is to be called, and the parties will meet and confer at 7:00 p.m. two calendar days before the witness is to be called. If any of the demonstratives change after the deadline or if exhibits are added after the deadline, the party intending to use the demonstrative or exhibits will promptly notify the opposing party of the changes. If good faith efforts to resolve the objections fail, the objecting party shall file with the Court written objections no later than 8 a.m. one day before the witness is to be called. The party seeking to use the demonstratives and exhibits shall file with the Court any response to the written objections no later than 3:00 p.m. one calendar day before the proposed use of those demonstratives or exhibits. This provision does not apply to demonstratives created during testimony or to blow-ups of or highlights on exhibits whose use is otherwise not objected to, so long as the exhibit was identified as an exhibit to be used for that particular witness. This provision also does not apply to exhibits used solely for impeachment during cross-examination of a witness.

---

[1] The parties agree to waive the requirements of L.R. 16-3 to the extent it requires the exchange of demonstratives "at least eleven (11) days before trial."

**DESIGNATED TESTIMONY**

Each party will provide the other party a list of deposition designations that it intends to introduce by 12:00 p.m. (Noon) three calendar days before the designations are intended to be used in court. The other party will provide counter-designations and objections by 9:00 p.m. three calendar days before the designations are intended to be used in court. The originally designating party will provide any rebuttal designations and objections to counter-designations by 8:00 a.m. two calendar days before the designations are intended to be used in court. The parties agree not to designate attorney colloquy. The parties will meet and confer on any objections by 7:00 p.m. two calendar days before the designations are intended to be used in court, where each side will make a good faith effort to resolve objections. If good faith efforts to resolve the objections fail, the objecting party shall file with the Court written objections no later than 8:00 a.m. one calendar day before the designations are intended to be used in court, with a response due no later than 3:00 p.m. one calendar day before the designations are intended to be used in court.

**THE FOREGOING IS SO STIPULATED AND AGREED TO:**

Dated: October 25, 2018

| FISH & RICHARDSON P.C. | MORRISON & FOERSTER LLP |
|---|---|
| By: /s/ *Christopher S. Marchese* | By: /s/ *Vincent J. Belusko* |
| Attorneys for Plaintiffs, CARL ZEISS, AG and ASML NETHERLANDS B.V. | Attorneys for Defendants NIKON CORPORATION AND NIKON INC. |

SO ORDERED:

By:_____
Honorable R. Gary Klausner

Dated: ____, 2018_____

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Case No. 2:17-cv-07083 RGK (MRWx)
JNT STIP RE TRIAL DISCLOSURES
la- 1400644

6