Christopher S. Marchese (SBN 170239), marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240, Fax: (858) 678-5099

Frank Scherkenbach (SBN 142549), scherkenbach@fr.com
Kurt L. Glitzenstein (Admitted *Pro Hac Vice*), glitzenstein@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070, Fax: (617) 542-8906

Olga I. May (SBN 232012), omay@fr.com
Markus D. Weyde (SBN 285956), weyde@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-4745, Fax: (858) 678-5099

*[Additional Counsel listed on last page.]*

Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br>Defendants. | Case No. 2:17-cv-07083-RGK (MRWx)<br><br>**DECLARATION OF OLIVER J. RICHARDS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 11 REGARDING LATE DISCLOSED AND PREJUDICIAL CAMERA**<br><br>Date: November 6, 2018<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850, 8th Floor |

I, Oliver J. Richards, hereby declare and state as follows:

1. I am an associate in the law firm of Fish & Richardson P.C., counsel of record for Plaintiffs Carl Zeiss AG and ASML Netherlands, B.V. (collectively, "Plaintiffs") in the above-captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the trial transcript from Case No. *2:17-cv-3221*.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the January 26, 2018 deposition transcript of Wolfgang Singer from Case No. *2:17-cv-3221*.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the March 16, 2018 deposition transcript of Wolfgang Singer from Case No. *2:17-cv-3221*.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the August 8, 2018 Plaintiffs' Fourth Supplemental Responses to Defendant's First Set of Interrogatories [Set No. 1, Nos. 1-18].

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the August 1, 2018 deposition transcript of Ulrich Wagemann.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the August 8, 2018 Opening Expert Report of Richard Carley, Ph.D.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the August 8, 2018 Opening Expert Report of Vivek Subramanian, Ph.D.

9. Attached as **Exhibit H** is a true and correct copy of a screen shot from JTX-2159, https://www.youtube.com/watch?v=O-cHyAsHXKo.

10. Attached as **Exhibit I** is a true and correct copy of a screen shot from JTX-2160, https://www.youtube.com/watch?v=GfVDvBzVrCo.

11. I personally took a photograph showing the software date from the Zeiss ZX-1 camera, and a true and correct copy of that photograph is attached as **Exhibit J**.

12. Attached as **Exhibit K** is a true and correct copy of a shipping invoice for

1  ZX1.

2  13.  Attached as **Exhibit L** is a true and correct copy of an October 15, 2018 FedEx delivery confirmation.

4  14.  Attached as **Exhibit M** is a true and correct copy of correspondence October 15, 2018 from Plaintiffs' counsel to Defendants' counsel.

6  15.  Attached as **Exhibit N** is a true and correct copy of a letter dated March 29, 2018 from Nicole Williams to counsel for Nikon.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on October 26, 2018, in San Diego, CA.

By:  */s/ Oliver J. Richards*
     Oliver J. Richards

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 26, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com