| | |
|---|---|
| Christopher S. Marchese (170239) | Vincent J. Belusko (CA SBN 100282) |
| marchese@fr.com | VBelusko@mofo.com |
| FISH & RICHARDSON P.C. | Hector G. Gallegos (CA SBN 175137) |
| 633 West Fifth Street, 26th Floor | HGallegos@mofo.com |
| Los Angeles, CA 90071 | Jonathan M. Smith (CA SBN 292285) |
| Tel: (213) 533-4240, Fax: (877) 417-2378 | JonathanSmith@mofo.com |
| Frank Scherkenbach (SBN 142549) | MORRISON & FOERSTER LLP |
| scherkenbach@fr.com | 707 Wilshire Boulevard |
| Kurt L. Glitzenstein (Pro Hac Vice) | Los Angeles, California 90017 |
| glitzenstein@fr.com | Tel: (213) 892-5200 |
| FISH & RICHARDSON P.C. | Fax: (213) 892-5454 |
| One Marina Park Drive | |
| Boston, MA 02210-1878 | Jack W. Londen (CA SBN 85776) |
| Tel: (617) 542-5070; Fax: (617) 542-8906 | JLonden@mofo.com |
| | Diana B. Kruze (CA SBN 247605) |
| Olga I. May (232012) | DKruze@mofo.com |
| omay@fr.com | Shaelyn K. Dawson (CA SBN 288278) |
| Markus D. Weyde (SBN 285956) | Shaelyndawson@mofo.com |
| weyde@fr.com | MORRISON & FOERSTER LLP |
| FISH & RICHARDSON P.C. | 425 Market Street |
| 12390 El Camino Real | San Francisco, California 94105 |
| San Diego, California 92130 | Tel: (415) 268-7000 |
| Tel: (858) 678-4745; Fax: (858) 678-5099 | Fax: (415) 268-7522 |

*[Additional Counsel listed on last page.]*

Attorneys for Plaintiffs, CARL ZEISS AG and ASML NETHERLANDS B.V.

Attorneys for Defendants NIKON CORPORATION and NIKON INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION and NIKON INC., <br><br> Defendants. | Case No. 2:17-cv-07083-RGK (MRWx) <br><br> **JOINT *EX PARTE* APPLICATION FOR AN ORDER CLARIFYING TRIAL TIME** <br><br> Trial Date: November 6, 2018 <br> Judge: Hon. R. Gary Klausner <br> Courtroom: 850, 8th Floor |

**TO THE HONORABLE R. GARY KLAUSNER:**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7-19, Plaintiffs Carl Zeiss AG ("Zeiss") and ASML Netherlands B.V. ("ASML") (collectively, "Plaintiffs") and Defendants Nikon Corporation and Nikon, Inc. (collectively, "Nikon"), respectfully submit this joint ex parte application to obtain clarification of the total trial time the parties will be permitted in the upcoming trial.

On the first day in the recently held 3221 trial, the Court allowed the parties an additional two hours per side (for a total of eight hours per side in a case involving two patents). The additional two hours was greatly appreciated by both parties. At the pretrial conference held on October 22, 2018, the Court indicated it may again be amenable to providing more than the currently allotted 10 hours per side. The parties have been further preparing their respective cases since receiving the court's guidance on time limits at the pretrial conference, and both sides are of the view that the presentation of the issues will be clearer and more cogent if each side is permitted an additional two hours to present its case to the jury. As the Court knows, this case includes five patents and will include testimony from many international witnesses. Both parties would likewise appreciate having certainty of the exact trial time for planning purposes, including witness travel schedules.

Therefore, the parties respectfully request a ruling prior to the start of trial as to whether the Court will increase the trial time an additional two hours to twelve hours of trial time per side.

| | | |
|---|---|---|
| 1 | Dated: October 29, 2018 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| 5 | | FISH & RICHARDSON P.C. |
| | | 633 West Fifth Street, 26th Floor |
| 6 | | Los Angeles, CA 90071 |
| 7 | | Tel: (213) 533-4240, Fax: (858) 678-5099 |
| 8 | | |
| | | Frank Scherkenbach (SBN 142549) |
| 9 | | scherkenbach@fr.com |
| 10 | | Kurt L. Glitzenstein (Admitted Pro Hac Vice) |
| | | glitzenstein@fr.com |
| 11 | | Proshanto Mukherji (Admitted *Pro Hac Vice*) |
| 12 | | mukherji@fr.com |
| | | Jeffrey Shneidman (Admitted *Pro Hac Vice*) |
| 13 | | shneidman@fr.com |
| 14 | | Elizabeth G.H. Ranks (Admitted *Pro Hac Vice*), |
| | | ranks@fr.com |
| 15 | | FISH & RICHARDSON P.C. |
| 16 | | One Marina Park Drive |
| | | Boston, MA 02210-1878 |
| 17 | | Tel: (617) 542-5070, Fax: (617) 542-8906 |
| 18 | | |
| 19 | | Olga I. May (SBN 232012) |
| | | omay@fr.com |
| 20 | | Markus D. Weyde (SBN 285956) |
| 21 | | weyde@fr.com |
| | | K. Nicole Williams (SBN 291900) |
| 22 | | nwilliams@fr.com |
| 23 | | Jared A. Smith (SBN 306576) |
| | | jasmith@fr.com |
| 24 | | Oliver J. Richards (SBN 310972) |
| 25 | | orichards@fr.com |
| | | FISH & RICHARDSON P.C. |
| 26 | | 12390 El Camino Real |
| 27 | | San Diego, CA 92130 |
| | | Tel: (858) 678-5070, Fax: (858) 678-5099 |
| 28 | | |

1<br>
JOINT *EX PARTE* APPLICATION RE TRIAL TIME<br>
Case No. 2:17-cv-07083-RGK (MRWx)

1
2
3   Jennifer Huang (Admitted *Pro Hac Vice*)
4   jhuang@fr.com
    FISH & RICHARDSON P.C.
5   60 South Sixth Street, Suite 3200
6   Minneapolis, MN 55402
    Tel:  (612) 335-5070, Fax:   (612) 288-9696
7
8   Andrew R. Kopsidas (Admitted *Pro Hac Vice*)
    kopsidas@fr.com
9   FISH & RICHARDSON P.C.
10  1000 Maine Avenue, S.W., Ste. 1000
    Washington, DC 20024
11  Tel:  (202) 783-5070, Fax: (202) 783-2331
12
    Attorneys for Plaintiffs, CARL ZEISS AG and
13  ASML NETHERLANDS B.V.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 29, 2018 | MORRISON & FOERSTER LLP |
| 2 | | By: */s/ Vincent J. Belusko* |
| 3 | | |
| 4 | | Vincent J. Belusko (CA SBN 100282) |
| | | VBelusko@mofo.com |
| 5 | | Hector G. Gallegos (CA SBN 175137) |
| 6 | | HGallegos@mofo.com |
| | | Jonathan M. Smith (CA SBN 292285) |
| 7 | | JonathanSmith@mofo.com |
| 8 | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard |
| 9 | | Los Angeles, California 90017 |
| 10 | | Tel: (213) 892-5200 |
| | | Fax: (213) 892-5454 |
| 11 | | |
| 12 | | Jack W. Londen (CA SBN 85776) |
| | | JLonden@mofo.com |
| 13 | | Diana B. Kruze (CA SBN 247605) |
| 14 | | DKruze@mofo.com |
| | | Shaelyn K. Dawson (CA SBN 288278) |
| 15 | | Shaelyndawson@mofo.com |
| 16 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 17 | | San Francisco, California 94105 |
| 18 | | Tel: (415) 268-7000 |
| | | Fax: (415) 268-7522 |
| 19 | | |
| 20 | | Attorneys for Defendants |
| | | NIKON CORPORATION and NIKON INC. |

# ECF ATTESTATION

I, Christopher S. Marchese, am the ECF User who identification and password are being used to electronically file this Joint *Ex Parte* Application for an Order Clarifying Trial Time. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: October 29, 2018        FISH & RICHARDSON P.C.

                               By: */s/ Christopher S. Marchese*
                                   Christopher S. Marchese

                               Attorneys for Plaintiffs
                               CARL ZEISS AG AND ASML
                               NETHERLANDS B.V.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 29, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese