VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
HECTOR G. GALLEGOS (CA SBN 175137)
HGallegos@mofo.com
JONATHAN M. SMITH (CA SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
SHAELYN DAWSON (CA SBN 288278)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NIKON CORPORATION and NIKON INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V.,<br><br>               Plaintiffs,<br><br>     v.<br><br>NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC.,<br><br>               Defendants. | Case No. 2:17-cv-07083 RGK (MRWx)<br><br>**DEFENDANTS NIKON CORPORATION AND NIKON INC.'S REQUEST FOR SPECIAL VERDICT, L.R. 49**<br><br>Trial:         November 6, 2018<br>Time:         9:00 a.m.<br>Courtroom: 850<br><br>**HON. R. GARY KLAUSNER** |

Case No. 2:17-cv-07083 RGK (MRWx)
DEFENDANTS' REQ. FOR SPECIAL VERDICT
la-1401169

1

Pursuant to Local Rule 49, Defendants Nikon Corporation and Nikon Inc. request a special verdict and respectfully submit the attached proposed special verdict form.

Dated: October 30, 2018

Respectfully submitted,

JACK LONDEN
VINCENT J. BELUSKO
MORRISON & FOERSTER LLP

By: /s/ *Vincent J. Belusko*
    Vincent J. Belusko

Attorneys for Defendants
NIKON CORPORATION
AND NIKON INC.