1  VINCENT J. BELUSKO (CA SBN 100282)
   VBelusko@mofo.com
2  HECTOR G. GALLEGOS (CA SBN 175137)
   HGallegos@mofo.com
3  JONATHAN M. SMITH (CA SBN 292285)
   JonathanSmith@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
5  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  JACK W. LONDEN (CA SBN 85776)
   JLonden@mofo.com
8  DIANA B. KRUZE (CA SBN 247605)
   DKruze@mofo.com
9  SHAELYN DAWSON (CA SBN 288278)
   Shaelyndawson@mofo.com
10 MORRISON & FOERSTER LLP
   425 Market Street
11 San Francisco, California  94105-2482
   Telephone: 415.268.7000
12 Facsimile: 415.268.7522

13 Attorneys for Defendants
   NIKON CORPORATION and NIKON
14 INC.

15

16

17            IN THE UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                    WESTERN DIVISION

20

| | |
|---|---|
| 21  CARL ZEISS AG and ASML NETHERLANDS B.V., | Case No. 2:17-cv-07083- RGK (MRWx) |
| 22 | |
| 23         Plaintiffs, | **DEFENDANTS NIKON CORPORATION AND NIKON INC.'S PROPOSED SPECIAL VERDICT FORM** |
| 24  v. | |
| 25  NIKON CORPORATION and NIKON INC., | |
| 26         Defendants. | Hon. R. Gary Klausner |
| 27 | Hon. Michael R. Wilner |

28

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## **OWNERSHIP**

1.      Did Plaintiffs Carl Zeiss AG and ASML Netherlands B.V. (collectively "Plaintiffs") prove, by a preponderance of the evidence, that they own the '163 patent?

YES _____   NO _____

2.      Did Plaintiffs prove, by a preponderance of the evidence, that they own the '335 patent?

YES _____   NO _____

3.      Did Plaintiffs prove, by a preponderance of the evidence, that they own the '312 patent?

YES _____   NO _____

4.      Did Plaintiffs prove, by a preponderance of the evidence, that they own the '017 patent?

YES _____   NO _____

5.   Did Plaintiffs prove, by a preponderance of the evidence, that they own the '574 patent?

YES _____   NO _____

## PRELIMINARY FINDINGS

1.   Did **Nikon Corporation** make, use, offer to sell, or sell any accused products in the United States, or import any accused products into the United States?

YES_____   NO_____

2.   Did **Nikon Inc.** make, use, offer to sell, or sell any accused products in the United States, or import any accused products into the United States?

YES_____   NO_____

## FINDINGS ON INFRINGEMENT

I.   **U.S. PATENT NO. 6,463,163 ("THE '163 PATENT")**

**If you answered "No" to Question 1 in the "OWNERSHIP" section, then skip to Section II.A regarding U.S. Patent No. 6,731,335 and DO NOT answer any questions in this section.**

2

## A. Direct Infringement

### 1. Nikon D300

1. Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D300 digital camera** directly infringed, either literally or under the doctrine of equivalents, any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under Doctrine of Equivalents | |
|---|---|---|---|---|
| | **YES** | **NO** | **YES** | **NO** |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | | | |
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 7 | | | | |
| Claim 15 | | | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | | | |
| Claim 16 | | | | |
| Claim 19 | | | | |

### 2. Nikon D3100

2. Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D3100 digital camera** directly infringed, either literally or under the doctrine of equivalents, any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under Doctrine of Equivalents | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | | | |
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 7 | | | | |
| Claim 15 | | | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | | | |
| Claim 16 | | | | |
| Claim 19 | | | | |

### 3.     Nikon D3200

3.  Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D3200 digital camera** directly infringed, either literally or under the doctrine of equivalents, any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under Doctrine of Equivalents | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | | | |
| Claim 2 | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 7 | | | | |
| Claim 15 | | | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | | | |
| Claim 16 | | | | |
| Claim 19 | | | | |

**NOTE TO COURT:**  Defendants object to Plaintiffs' Proposed Verdict Form to the extent it fails to differentiate between accused products.  This will lead to jury confusion and invite an erroneous verdict that is unsupported by the evidence.  With multiple accused products, it is possible some products infringe while others do not.  The verdict form must reflect this.  Otherwise, Plaintiffs could attempt to collect damages for non-infringing products.  Nevertheless, at this time, it is not possible to know all of the accused products that should be included in the verdict form because it is uncertain which of the accused products Plaintiffs will actually adduce evidence for at trial.  If Plaintiffs fail to adduce evidence for certain camera models, those camera models should not appear on the verdict form; otherwise, it would invite an erroneous verdict unsupported by the evidence.  Thus, for now, Defendants include only three charts directed to specific camera models accused of infringing the '163 Patent as examples only, and propose that this portion of the verdict form be finalized to include similar questions and charts for only the accused products for which Plaintiffs introduce evidence at trial once Plaintiffs have rested their case-in-chief.

**B.     Induced Infringement**

**If you did NOT answer "YES" to any of Questions 1–3[1] in Subsection I.A. of the "FINDINGS ON INFRINGEMENT" section, then you must STOP, skip to Subsection II.A regarding U.S. Patent No. 6,731,335, and DO NOT answer any questions in this section.**

**1.     Nikon Corporation**

1.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** specifically intended anyone to infringe the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES       _____NO

2.      Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** induced infringement of any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the boxes that reflect your verdict.

---

[1] These question numbers will change depending on which accused cameras Plaintiffs support with evidence at trial.

6

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 15 | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | |
| Claim 16 | | |
| Claim 19 | | |

2.     **Nikon Inc.**

3.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** specifically intended anyone to infringe the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES          _____NO

4.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** induced infringement of any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 15 | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | |
| Claim 16 | | |
| Claim 19 | | |

## C.    Contributory Infringement

### 1.    Nikon Corporation

5.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES          _____NO

6.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** contributed to infringement of any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the boxes that reflect your verdict.

| Claim | Contributory Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 15 | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | |
| Claim 16 | | |
| Claim 19 | | |

### 2.   Nikon Inc.

7.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES        _____NO

8.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** contributed to infringement of any of the following claims of the '163 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

9

| Claim | Contributory Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 15, and not go on to Claims 2–4, 6–7. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 15 | | |
| If you find that Claim 15 is NOT infringed, you must STOP, and not go on to Claims 16 or 19 | | |
| Claim 16 | | |
| Claim 19 | | |

### 3.    Substantial Non-Infringing Uses

9.  Do any of the following accused cameras have a substantial non-infringing use?

"YES" is a finding for Defendants.  "NO" is a finding for Plaintiffs.

Please check the boxes that reflect your verdict.

| Model | Substantial Non-Infringing Use | |
|---|---|---|
| | **YES** | **NO** |
| Nikon D300 | | |
| Nikon D3100 | | |
| Nikon D3200 | | |

**NOTE TO COURT:**  Defendants object to Plaintiffs' Proposed Verdict Form to the extent it fails to differentiate between accused products.  This will lead to jury confusion and invite an erroneous verdict that is unsupported by the evidence.  With multiple accused products, it is possible some products infringe while others do not. The verdict form must reflect this.  Otherwise, Plaintiffs could attempt to collect damages for non-infringing products.  Nevertheless, at this time, it is not possible to

know all of the accused products that should be included in the verdict form because it is uncertain which of the accused products Plaintiffs will actually adduce evidence for at trial.  If Plaintiffs fail to adduce evidence for certain camera models, those camera models should not appear on the verdict form; otherwise, it would invite an erroneous verdict unsupported by the evidence.  Thus, for now, Defendants include in the chart above only three specific camera models accused of infringing the '163 Patent as examples only, and propose that this portion of the verdict form be finalized to include only the accused products for which Plaintiffs introduce evidence at trial once Plaintiffs have rested their case-in-chief.

## II.  U.S. PATENT NO. 6,731,335 ("THE '335 PATENT")

> **If you answered "No" to Question 2 in the "OWNERSHIP" section, then skip to Section III.A regarding U.S. Patent No. 8,149,312 and DO NOT answer any questions in this section.**

### A.  Direct Infringement

#### 1.  Nikon D4

1.     Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D4 digital camera** directly infringed under the doctrine of equivalents any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants. Please check the boxes that reflect your verdict.

| Claim | Direct Infringement Under the Doctrine of Equivalents | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

### 2.     Nikon D5

2.     Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D5 digital camera** directly infringed under the doctrine of equivalents any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Direct Infringement Under the Doctrine of Equivalents | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

**NOTE TO COURT:**  Defendants object to Plaintiffs' Proposed Verdict Form to the extent it fails to differentiate between accused products.  This will lead to jury confusion and invite an erroneous verdict that is unsupported by the evidence.  With multiple accused products, it is possible some products infringe while others do not. The verdict form must reflect this.  Otherwise, Plaintiffs could attempt to collect damages for non-infringing products.  Nevertheless, at this time, it is not possible to know all of the accused products that should be included in the verdict form because it is uncertain which of the accused products Plaintiffs will actually adduce evidence for at trial.  If Plaintiffs fail to adduce evidence for certain camera models, those camera models should not appear on the verdict form; otherwise, it would invite an erroneous verdict unsupported by the evidence.  Thus, for now, Defendants include only two charts directed to specific camera models accused of infringing the '335 Patent as examples only, and propose that this portion of the verdict form be finalized to include similar questions and charts for only the accused products for which Plaintiffs introduce evidence at trial once Plaintiffs have rested their case-in-chief.

**B.** **Induced Infringement**

**If you did NOT answer "YES" to any of Questions 1–2[2] in Subsection II.A. of the "FINDINGS ON INFRINGEMENT" section, then you must STOP, and skip to Subsection III.A regarding U.S. Patent No. 8,149,312.**

     **1.** **Nikon Corporation**

3. Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** specifically intended anyone to infringe any claims of the '335 patent?

"YES" is a finding for Plaintiffs. "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES  _____NO

4. Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** induced infringement of any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs. "NO" is a finding for Nikon Corporation. Please check the boxes that reflect your verdict.

---

[2] These question numbers will change depending on which accused cameras Plaintiffs support with evidence at trial.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

### 2.     Nikon Inc.

5.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** specifically intended anyone to infringe any claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES          _____NO

6.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** induced infringement of any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

15

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

### C.   Contributory Infringement

#### 1.   Nikon Corporation

7.   Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES          _____NO

8.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** contributed to infringement of any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation.

Please check the boxes that reflect your verdict.

| Claim | Contributory Infringement | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

### 2.    Nikon Inc.

9.    Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES         _____NO

10. Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** contributed to infringement of any of the following claims of the '335 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

17

| Claim | Contributory Infringement | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, and not go on to Claims 2–12. | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

### 3.    Substantial Non-Infringing Uses

11. Do any of the following accused cameras have a substantial non-infringing use?

"YES" is a finding for Defendants.  "NO" is a finding for Plaintiffs.

Please check the boxes that reflect your verdict.

| Model | Substantial Non-Infringing Use | |
|---|---|---|
| | YES | NO |
| Nikon D4 | | |
| Nikon D5 | | |

**NOTE TO COURT:**  Defendants object to Plaintiffs' Proposed Verdict Form to the extent it fails to differentiate between accused products.  This will lead to jury confusion and invite an erroneous verdict that is unsupported by the evidence.  With multiple accused products, it is possible some products infringe while others do not.  The verdict form must reflect this.  Otherwise, Plaintiffs could attempt to collect damages for non-infringing products.  Nevertheless, at this time, it is not possible to

18

know all of the accused products that should be included in the verdict form because it is uncertain which of the accused products Plaintiffs will actually adduce evidence for at trial.  If Plaintiffs fail to adduce evidence for certain camera models, those camera models should not appear on the verdict form; otherwise, it would invite an erroneous verdict unsupported by the evidence.  Thus, for now, Defendants include in the chart above only two specific camera models accused of infringing the '335 Patent as examples only, and propose that this portion of the verdict form be finalized to include only the accused products for which Plaintiffs introduce evidence at trial once Plaintiffs have rested their case-in-chief.

**III.   U.S. PATENT NO. 8,149,312 ("THE '312 PATENT")**

> **If you answered "No" to Question 3 in the "OWNERSHIP" section, then skip to Section IV.A regarding U.S. Patent No. 8,625,017 and DO NOT answer any questions in this section.**

**A.    Direct Infringement**

1.      Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D4 digital camera** directly infringes any of the following claims of the '312 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under the Doctrine of Equivalents | |
|---|---|---|---|---|
| | **YES** | **NO** | **YES** | **NO** |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claims 2 or 6. | | | | |
| Claim 2 | | | | |
| Claim 6 | | | | |
| Claim 7 | | | | |
| If you find that Claim 7 is NOT infringed, you must STOP, and not go on to Claims 9, 11–14. | | | | |
| Claim 9 | | | | |
| Claim 11 | | | | |
| Claim 12 | | | | |
| Claim 13 | | | | |
| Claim 14 | | | | |

**B.    Induced Infringement**

**If you did NOT answer "YES" to any part of Question 1 in Subsection III.A. of the "FINDINGS ON INFRINGEMENT" section, then you must STOP, and skip to Subsection IV.A regarding U.S. Patent No. 8,625,017.**

**1.    Nikon Corporation**

2.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** specifically intended anyone to infringe any claims of the '312 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES          _____NO

3.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** induced infringement of any of the following claims of the '312 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation.

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claims 2 or 6. | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| If you find that Claim 7 is NOT infringed, you must STOP, and not go on to Claims 9, 11–14. | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

### 2.   Nikon Inc.

4.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** specifically intended anyone to infringe any claims of the '312 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES        _____NO

5.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** induced infringement of any of the following claims of the '312 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claims 2 or 6. | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| If you find that Claim 7 is NOT infringed, you must STOP, and not go on to Claims 9, 11–14. | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

## IV.   U.S. PATENT NO. 8,625,017 ("THE '017 PATENT")

**If you answered "No" to Question 4 in the "OWNERSHIP" section, then skip to Section V.A regarding U.S. Patent No. 9,728,574 and DO NOT answer any questions in this section.**

### A.   Direct Infringement

1.   Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D4 digital camera** directly infringed any of the following claims of the '017 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under the Doctrine of Equivalents | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claim 2. | | | | |
| Claim 2 | | | | |
| Claim 7 | | | | |
| If you find that Claim 7 is NOT infringed, you must STOP, and not go on to Claims 8, 12–13, 15–16. | | | | |
| Claim 8 | | | | |
| Claim 12 | | | | |
| Claim 13 | | | | |
| Claim 15 | | | | |
| Claim 16 | | | | |

**B.    Induced Infringement**

**If you did NOT answer "YES" to any part of Question 1 in Subsection IV.A. of the "FINDINGS ON INFRINGEMENT" section, then you must STOP, and skip to Subsection V.A regarding U.S. Patent No. 9,728,574.**

**1.    Nikon Corporation**

2.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** specifically intended anyone to infringe any claims of the '017 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES          _____NO

3.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** induced infringement of any of the following claims of the '017 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation.

23

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claim 2. | | |
| Claim 2 | | |
| Claim 7 | | |
| If you find that Claim 7 is NOT infringed, you must STOP and not go on to Claims 8, 12–13, 15–16. | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

### 2.    Nikon Inc.

4.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** specifically intended anyone to infringe any claims of the '017 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES          _____NO

5.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** induced infringement of any of the following claims of the '017 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Inc.

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 7, and not go on to Claim 2. | | |
| Claim 2 | | |
| Claim 7 | | |
| If you find that Claim 7 is NOT infringed, you must STOP and not go on to Claims 8, 12–13, 15–16. | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

**V.    U.S. PATENT NO. 9,728,574 ("THE '574 PATENT")**

> **If you answered "No" to Question 5 in the "OWNERSHIP" section, then skip to Section VI regarding Findings on Invalidity and DO NOT answer any questions in this section.**

**A.    Direct Infringement**

1.    Did Plaintiffs prove, by a preponderance of the evidence, that the **Nikon D4 digital camera** directly infringed any of the following claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Literal Infringement | | Infringement Under the Doctrine of Equivalents | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Claim 1 | | | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 9, and not go on to Claims 3–4, 6. | | | | |
| Claim 3 | | | | |
| Claim 4 | | | | |
| Claim 6 | | | | |
| Claim 9 | | | | |
| If you find that Claim 9 is NOT infringed, you must STOP, skip to Claim 17, and not go on to Claims 10–11. | | | | |
| Claim 10 | | | | |
| Claim 11 | | | | |
| Claim 17 | | | | |
| If you find that Claim 17 is NOT infringed, you must STOP, skip to Claim 24, and not go on to Claims 18–20. | | | | |
| Claim 18 | | | | |
| Claim 19 | | | | |
| Claim 20 | | | | |
| Claim 24 | | | | |
| Claim 30 | | | | |
| If you find that Claim 30 is NOT infringed, you must STOP, and not go on to Claim 31. | | | | |
| Claim 31[3] | | | | |

**B.    Induced Infringement**

**If you did NOT answer "YES" to any part of Question 1 in Subsection V.A. of the "FINDINGS ON INFRINGEMENT" section, then you must STOP, and skip to Section VI.A regarding Invalidity of U.S. Patent No. 6,463,163.**

---

[3] Defendants contend that Plaintiffs waived the right to assert claims 32 and 33 of the '574 patent by failing to provide infringement contentions for those claims during fact discovery.  Accordingly, Defendants have not included any questions regarding claims 32 and 33 of the '574 patent in this proposed verdict form.

### 1.   Nikon Corporation

2.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** specifically intended anyone to infringe any claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the box that reflects your verdict.

_____YES        _____NO

3.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** induced infringement of any of the following claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 9, and not go on to Claims 3–4, 6. | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| If you find that Claim 9 is NOT infringed, you must STOP, skip to Claim 17, and not go on to Claims 10–11. | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| If you find that Claim 17 is NOT infringed, you must STOP, skip to Claim 24, and not go on to Claims 18–20. | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| If you find that Claim 30 is NOT infringed, you must STOP, and not go on to Claim 31. | | |
| Claim 31 | | |

    **2.**    **Nikon Inc.**

4. Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** specifically intended anyone to infringe any claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the box that reflects your verdict.

_____YES  _____NO

5. Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** induced infringement of any of the following claims of the '574 patent?

28

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

| Claim | Induced Infringement | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 9, and not go on to Claims 3–4, 6. | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| If you find that Claim 9 is NOT infringed, you must STOP, skip to Claim 17, and not go on to Claims 10–11. | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| If you find that Claim 17 is NOT infringed, you must STOP, skip to Claim 24, and not go on to Claims 18–20. | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| If you find that Claim 30 is NOT infringed, you must STOP, and not go on to Claim 31. | | |
| Claim 31 | | |

## C.  Contributory Infringement

### 1.  Nikon Corporation

6.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation.

Please check the box that reflects your verdict.

_____YES          _____NO

7.  Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Corporation** contributed to infringement of any of the following claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Corporation. Please check the boxes that reflect your verdict.

30

| Claim | Contributory Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 9, and not go on to Claims 3–4, 6. | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| If you find that Claim 9 is NOT infringed, you must STOP, skip to Claim 17, and not go on to Claims 10–11. | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| If you find that Claim 17 is NOT infringed, you must STOP, skip to Claim 24, and not go on to Claims 18–20. | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| If you find that Claim 30 is NOT infringed, you must STOP, and not go on to Claim 31. | | |
| Claim 31 | | |

### 2.     Nikon Inc.

8.     Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** had knowledge that any part of its cameras was especially made or especially adapted for use in an infringement of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc. Please check the box that reflects your verdict.

_____YES          _____NO

31

9.   Did Plaintiffs prove, by a preponderance of the evidence, that **Nikon Inc.** contributed to infringement of any of the following claims of the '574 patent?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Nikon Inc.

Please check the boxes that reflect your verdict.

| Claim | Contributory Infringement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| If you find that Claim 1 is NOT infringed, you must STOP, skip to Claim 9, and not go on to Claims 3–4, 6. | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| If you find that Claim 9 is NOT infringed, you must STOP, skip to Claim 17, and not go on to Claims 10–11. | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| If you find that Claim 17 is NOT infringed, you must STOP, skip to Claim 24, and not go on to Claims 18–20. | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| If you find that Claim 30 is NOT infringed, you must STOP, and not go on to Claim 31. | | |
| Claim 31 | | |

### 3.   Substantial Non-Infringing Uses

10. Does the **Nikon D4 digital camera** have a substantial non-infringing use?

"YES" is a finding for Defendants.  "NO" is a finding for Plaintiffs.

Please check the boxes that reflect your verdict.

32

_____YES        _____NO

## **FINDINGS ON INVALIDITY DEFENSES**

(The questions regarding invalidity should be answered regardless of your findings with respect to infringement.)

**VI.    U.S. PATENT NO. 6,463,163 ("THE '163 PATENT")**

**A.    Anticipation**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '163 patent are anticipated?

Note the following change:  "NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Anticipation | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 6 | | |

**B.    Obviousness**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '163 patent are obvious?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Obviousness | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 15 | | |
| Claim 16 | | |
| Claim 19 | | |

3.      Have any of the following secondary considerations been established by the evidence?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your finding.

| Secondary Consideration | Secondary Consideration Established | |
|---|---|---|
| | YES | NO |
| Prior art teaches away from combining elements in the claim | | |
| The claimed invention did not result mainly from design incentives or other market forces | | |
| Copying of the claimed invention by others | | |
| Industry skepticism to the possibility of developing the claimed invention | | |
| Unexpected and superior results from the claimed invention | | |
| Acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention | | |
| Unsuccessful attempts by others to find the solution provided by the claimed invention | | |
| A long felt need for the solution provided by the claimed invention | | |

| Commercial success of a product was due to the merits of the claimed invention | | |
|---|---|---|

Was there simultaneous development of the claimed invention by others before or at about the same time as the named inventor thought of it?

"NO" is a finding for Plaintiffs. "YES" is a finding for Defendants.

NO _____ YES _____

## VII. U.S. PATENT NO. 6,731,335 ("THE '335 PATENT")

### A. Obviousness

1. Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '335 patent are obvious?

"NO" is a finding for Plaintiffs. "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Obviousness | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

4.     Have any of the following secondary considerations been established by the evidence?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your finding.

| Secondary Consideration | Secondary Consideration Established | |
|---|---|---|
| | **YES** | **NO** |
| Prior art teaches away from combining elements in the claim | | |
| The claimed invention did not result mainly from design incentives or other market forces | | |
| Copying of the claimed invention by others | | |
| Industry skepticism to the possibility of developing the claimed invention | | |
| Unexpected and superior results from the claimed invention | | |
| Acceptance by others of the claimed invention as shown by praise from others | | |

| | | |
|---|---|---|
| in the field or from the licensing of the claimed invention | | |
| Unsuccessful attempts by others to find the solution provided by the claimed invention | | |
| A long felt need for the solution provided by the claimed invention | | |
| Commercial success of a product was due to the merits of the claimed invention | | |

Was there simultaneous development of the claimed invention by others before or at about the same time as the named inventor thought of it?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

NO _____   YES _____

**B.    Written Description**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '335 patent lack written description?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Written Description | |
|---|---|---|
| | **YES** | **NO** |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |

**C.    Enablement**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '335 patent are not enabled?

37

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Enablement | |
|---|---|---|
| | YES | NO |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |

### D.  Indefiniteness

2.      Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '335 patent are indefinite?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Indefiniteness | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 3 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 12 | | |

## VIII.  U.S. PATENT NO. 8,149,312 ("THE '312 PATENT")

### A.  Anticipation

1.      Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '312 patent are anticipated?

"NO" is a finding for Plaintiffs. "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Anticipation | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

**B. Obviousness**

1. Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '312 patent are obvious?

"NO" is a finding for Plaintiffs. "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Obviousness | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

5.      Have any of the following secondary considerations been established by the evidence?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your finding.

| Secondary Consideration | Secondary Consideration Established | |
|---|---|---|
| | YES | NO |
| Prior art teaches away from combining elements in the claim | | |
| The claimed invention did not result mainly from design incentives or other market forces | | |
| Copying of the claimed invention by others | | |
| Industry skepticism to the possibility of developing the claimed invention | | |
| Unexpected and superior results from the claimed invention | | |
| Acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention | | |
| Unsuccessful attempts by others to find the solution provided by the claimed invention | | |
| A long felt need for the solution provided by the claimed invention | | |
| Commercial success of a product was due to the merits of the claimed invention | | |

Was there simultaneous development of the claimed invention by others before or at about the same time as the named inventor thought of it?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

NO _____ YES _____

**C.** **Written Description**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '312 patent lack written description?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Written Description | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

**D.** **Enablement**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '312 patent are not enabled?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Enablement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |

### E.     Indefiniteness

2.     Did Defendants prove, by clear and convincing evidence, that claim 1 of the '312 patent is indefinite?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Indefiniteness | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |

### IX.   U.S. PATENT NO. 8,625,017 ("THE '017 PATENT")

### A.     Anticipation

1.     Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '017 patent are anticipated?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Anticipation | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

**B.     Obviousness**

1.     Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '017 patent are obvious?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Obviousness | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

6.     Have any of the following secondary considerations been established by the evidence?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your finding.

| Secondary Consideration | Secondary Consideration Established | |
|---|---|---|
| | YES | NO |
| Prior art teaches away from combining elements in the claim | | |
| The claimed invention did not result mainly from design incentives or other market forces | | |
| Copying of the claimed invention by others | | |
| Industry skepticism to the possibility of developing the claimed invention | | |
| Unexpected and superior results from the claimed invention | | |
| Acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention | | |
| Unsuccessful attempts by others to find the solution provided by the claimed invention | | |
| A long felt need for the solution provided by the claimed invention | | |
| Commercial success of a product was due to the merits of the claimed invention | | |

Was there simultaneous development of the claimed invention by others before or at about the same time as the named inventor thought of it?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

NO _____  YES _____

**C.    Written Description**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '017 patent lack written description?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Written Description | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 2 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

**D.    Enablement**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '017 patent are not enabled?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Enablement | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 2 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 15 | | |
| Claim 16 | | |

### E.   Indefiniteness

2.     Did Defendants prove, by clear and convincing evidence, that claim 1 of the '017 patent is indefinite?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Indefiniteness | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |

## X.   U.S. PATENT NO. 9,728,574 ("THE '574 PATENT")

### A.   Anticipation

1.     Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '574 patent are anticipated?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Anticipation | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| Claim 31 | | |

**B.     Obviousness**

1.     Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '574 patent are obvious?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Obviousness | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| Claim 31 | | |

7.    Have any of the following secondary considerations been established by the evidence?

"YES" is a finding for Plaintiffs.  "NO" is a finding for Defendants.

Please check the boxes that reflect your finding.

| Secondary Consideration | Secondary Consideration Established | |
|---|---|---|
| | **YES** | **NO** |
| Prior art teaches away from combining elements in the claim | | |
| The claimed invention did not result mainly from design incentives or other market forces | | |
| Copying of the claimed invention by others | | |
| Industry skepticism to the possibility of developing the claimed invention | | |
| Unexpected and superior results from the claimed invention | | |

| | | |
|---|---|---|
| Acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention | | |
| Unsuccessful attempts by others to find the solution provided by the claimed invention | | |
| A long felt need for the solution provided by the claimed invention | | |
| Commercial success of a product was due to the merits of the claimed invention | | |

Was there simultaneous development of the claimed invention by others before or at about the same time as the named inventor thought of it?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

NO  _____    YES  _____

**C.    Written Description**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '574 patent lack written description?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Written Description | |
|---|---|---|
| | YES | NO |
| Claim 1 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| Claim 31 | | |

**D.    Enablement**

1.    Did Defendants prove, by clear and convincing evidence, that any of the following claims of the '574 patent are not enabled?

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

Please check the boxes that reflect your verdict.

| Claim | Lacks Enablement | |
|---|---|---|
| | **YES** | **NO** |
| Claim 1 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 6 | | |
| Claim 9 | | |
| Claim 10 | | |
| Claim 11 | | |
| Claim 17 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 20 | | |
| Claim 24 | | |
| Claim 30 | | |
| Claim 31 | | |

# **FINDINGS ON MARKING**

1.      Did Plaintiffs prove by a preponderance of the evidence that the devices below do NOT embody any claim of the **'163 Patent**?


"YES" on all of the devices below is a finding for Plaintiffs.  "NO" on any of the devices below is a finding for Defendants.

Please check the boxes that reflect your finding

| Device | YES | NO |
|---|---|---|
| HP ENVY 15 Notebook PC | | |
| HP ENVY 17 Notebook PC | | |
| HP ENVY x360 15 Notebook PC | | |
| HP OMEN 15t Notebook PC | | |
| HP OMEN 17t Notebook PC | | |
| HP Spectre x2 Notebook PC | | |
| HP Spectre x360 Notebook PC | | |
| HP EliteBook x360 1020 Notebook PC | | |
| HP EliteBook x360 1030 Notebook PC | | |
| HP EliteBook Folio G1 Notebook PC | | |
| HP Elite x2 1012 G2 Notebook PC | | |
| HP EliteBook 700 Series G5 Notebook PCs | | |
| HP ZBOOK 15v Notebook PCs | | |
| HP ProBook 645 G3 Notebook PC | | |

| Device | | |
|---|---|---|
| HP ProBook 655 G3 Notebook PC | | |
| HP EliteBook 725 G4 Notebook PC | | |
| HP EliteBook 755 G4 HP ProBook | | |
| HP Photosmart R725 camera | | |
| HP Photosmart R727 camera | | |
| HP Photosmart R827 camera | | |
| HP Photosmart R927 camera | | |
| HP Photosmart R967 camera | | |
| HP Photosmart R827 camera | | |

1

## **<u>FINDINGS ON LICENSE</u>**

2
3
4
5

1.      Did Defendants prove by a preponderance of the evidence that the Sony-branded image sensors incorporated into Defendants' cameras are NOT manufactured or produced from designs received in a substantially completed form from Defendants?

6
7
8

"NO" is a finding for Plaintiffs.  "YES" is a finding for Defendants.

9

Please check the boxes that reflect your finding:

10

NO _____   YES _____

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FINDINGS ON DAMAGES**

If you find that at least one of the claims of the '163, '335, '312, '017, or '574 patent is infringed by either Defendant (i.e., if you answered both "YES" to **any part** of the infringement questions in Sections I, II, III, IV, or V in the FINDINGS ON INFRINGEMENT section), and if you also find that any such infringed claim is also valid (i.e., you answered "NO" to the invalidity questions in Sections VI, VII, VIII, IX, or X of the FINDINGS ON INVALIDITY DEFENSES for any infringed claim), then proceed to answer the remaining questions.

1.      What amount of damages, if any, do you award to Plaintiffs for the infringement by Defendants of the '163 patent:

> Do NOT indicate any damages amount unless you found above that Defendants infringed at least one claim of the '163 patent.

> If you answered "NO" to any of the devices listed in Question 1 in the FINDINGS ON MARKING section, you must NOT include any damages for infringement of the **'163 Patent** occurring before the date this lawsuit was filed, September 26, 2017.

> '163 patent:        $ _____

2.      What amount of damages, if any, do you award to Plaintiffs for the infringement by Defendants of the '335 patent:

Do NOT indicate any damages amount unless you found above that Defendants infringed at least one claim of the '335 patent.

If you answered "YES" to Question 1 in the FINDINGS ON LICENSE section, you must NOT include any damages for infringement of the '335 Patent with respect to accused cameras that incorporate Sony-branded image sensors.

'335 patent:        $ _____

3.      What amount of damages, if any, do you award to Plaintiffs for the infringement by Defendants of the '312 patent:

Do NOT indicate any damages amount unless you found above that Defendants infringed at least one claim of the '312 patent.

'312 patent:        $ _____

4.      What amount of damages, if any, do you award to Plaintiffs for the infringement by Defendants of the '017 patent:

1        Do NOT indicate any damages amount unless you found above that

2        Defendants infringed at least one claim of the '017 patent.

3

4

5        '017 patent:        $ _____

6

7

8    5.    What amount of damages, if any, do you award to Plaintiffs for the

9    infringement by Defendants of the '574 patent:

10

11       Do NOT indicate any damages amount unless you found above that

12       Defendants infringed at least one claim of the '574 patent.

13

14       '574 patent:        $ _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FINDINGS ON WILLFUL INFRINGEMENT**

    1.  Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully infringed the '163 patent?

> Do NOT answer this question unless you found above in Section I of the FINDINGS ON INFRINGEMENT section that Defendants infringed at least one claim of the '163 patent.

Yes _____      No _____

    2.  Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully infringed the '335 patent?

> Do NOT answer this question unless you found above in Section II of the FINDINGS ON INFRINGEMENT section that Defendants infringed at least one claim of the '335 patent.

Yes _____      No _____

    3.  Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully infringed the '312 patent?

> Do NOT answer this question unless you found above in Section III of the FINDINGS ON INFRINGEMENT section that Defendants infringed at least one claim of the '312 patent.

Yes _____      No _____

    4.  Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully infringed the '017 patent?

Do NOT answer this question unless you found above in Section IV of the FINDINGS ON INFRINGEMENT section that Defendants infringed at least one claim of the '017 patent.

Yes _____   No _____

5.  Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully infringed the '574 patent?

Do NOT answer this question unless you found above in Section V of the FINDINGS ON INFRINGEMENT section that Defendants infringed at least one claim of the '574 patent.

Yes _____   No _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2018        By: _____

Presiding Juror

59

Dated:  October 30, 2018          MORRISON & FOERSTER LLP


By:  */s/ Vincent J. Belusko*

Vincent J. Belusko
VBelusko@mofo.com