UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-07083-RGK-MRW | Date | November 6, 2018 |
|---|---|---|---|
| Title | Carl Zeiss AG et al v. Nikon Corporation et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Pat Cuneo | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chris Marchese; Kurt Glitzenstein; Oliver Richards | Vincent Belusko; Jonathan Smith; Hector Gallegos; Shaelyn Dawson; Diana Kruze |

**Proceedings:** **JURY TRIAL (NOT HELD)/STATUS CONFERENCE**

Court and counsel confer regarding defendant's motion for trial continuance. The jury trial is continued to December 4, 2018 at 9:00 a.m.

No further filings shall take place in this action with the exception of (1) motions in connection with the new expert obtained by defendants; and (2) any significant issue that could not have possibly been known before.

The Court issues tentative rulings: plaintiffs' motion in limine 11 is denied; defendants' motion in limine 11 is denied; defendants' objection to ZX1 is denied.

**IT IS SO ORDERED.**

|   | : | 14 |
|---|---|---|
| Initials of Preparer | slw | |