Christopher S. Marchese (170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240, Fax: (877) 417-2378

Frank Scherkenbach (SBN 142549)
scherkenbach@fr.com
Kurt L. Glitzenstein (*Pro Hac Vice*)
glitzenstein@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070; Fax: (617) 542-8906

*[Additional Counsel listed on last page.]*

Attorneys for Plaintiffs, CARL ZEISS AG
and ASML NETHERLANDS B.V.

Vincent J. Belusko (CA SBN 100282)
VBelusko@mofo.com
Hector G. Gallegos (SBN 175137)
HGallegos@mofo.com
Jonathan M. Smith (SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Tel: (213) 892-5200
Fax: (213) 892-5454

Jack W. Londen (CA SBN 85776)
JLonden@mofo.com
Diana B. Kruze (CA SBN 247605)
DKruze@mofo.com
Shaelyn K. Dawson (CA SBN 288278)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
NIKON CORPORATION and
NIKON INC.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS B.V., <br><br> Plaintiffs, <br> v. <br><br> NIKON CORPORATION and NIKON INC., <br> Defendants. | Case No. 2:17-cv-07083-RGK (MRWx) <br><br> **NOTICE OF MOTION AND JOINT MOTION REGARDING ORDER OF PROOF AT TRIAL** <br><br> Trial Date:  December 4, 2018 <br> Judge:  Hon. R. Gary Klausner <br> Courtroom:  850, 8th Floor |

1    Plaintiffs Carl Zeiss AG and ASML Netherlands B.V. ("Plaintiffs"), and

2  Defendants Nikon Corporation and Nikon, Inc. ("Defendants") hereby jointly inform

3  the Court of two scheduling conflicts relating to the upcoming December 4 trial in this

4  case, and request that the Court allow the parties to proceed in the following manner to

5  accommodate the witness availability.

6    As briefly discussed during the hearing on November 6, Plaintiffs have two

7  significant scheduling conflicts during the upcoming December trial.  First, Plaintiffs'

8  witness Dr. Vivek Subramanian (expert on the '312 family of sensor patents) is available

9  only during the week of December 4, and is not available the week of December 11.

10  Second, Plaintiffs' witness Dr. Joseph Mundy (expert on the '163 face detection patent)

11  is a required presenter at a long-scheduled presentation in Washington D.C. from

12  December 4 to 6.  Because of Dr. Subramanian's and Dr. Mundy's scheduling conflicts,

13  and the strain on Dr. Mundy due to travel and time change, the parties have met and

14  conferred and agreed on an accommodation to address these conflicts and, subject to

15  the Court's approval, allow Dr. Mundy to commence his testimony on Tuesday,

16  December 11.  *See* Declaration of Dr. Joseph L. Mundy (filed concurrently with this

17  motion) (explaining why it will be difficult for him to testify on December 7).

18    Specifically, the parties have agreed to sequence the order of presentation of the

19  witnesses and the evidence at trial in the following manner, subject to the Court's

20  approval.  The parties jointly request that the Court permit the following proposed and

21  stipulated order of proof at trial:

22    1.  On Tuesday, December 4, Plaintiffs will commence their witnesses on all

23  sensor patents (i.e., the '312, '017, '574, and '335 patents) and damages for all patents;

24    2.  Defendants will follow with their witnesses on all sensor patents and damages

25  for all patents;

26    3.  Plaintiffs will present their witnesses for their rebuttal case on all sensor

27  patents and all damages;

28

1

NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)

4.  On Tuesday, December 11, Plaintiffs will present their expert, Dr. Mundy, on the '163 patent;

5.  Defendants will follow with their expert, Dr. Darrell, on the '163 patent;

6.  Plaintiffs will follow with Dr. Mundy for rebuttal on the '163 patent;

7.  Defendants will then present their invalidity rebuttal for all patents.

The parties recognize that it is possible that the evidence for items 1-3 may be completed at some point in the afternoon session on Friday, December 7, before the end of the normal trial day at 4:00 PM.  In the event that items 1-3 above are completed before the end of the trial day on Friday, December 7, the parties respectfully request that the Court dismiss the jury early that day without charging time to either side for any unused remaining trial time that day, resuming the trial with Dr. Mundy's testimony on the morning of December 11.  Defendants are agreeable to this modified schedule and order to accommodate Dr. Mundy's schedule only if Dr. Darrell's testimony and Defendants' invalidity rebuttal will occur in the order proposed above and there is no time penalty to Defendants.

NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)

1    Dated:  November 26, 2018              FISH & RICHARDSON P.C.

2
                                      By:   /s/ Christopher S. Marchese
3                                          _____

4                                          Christopher S. Marchese (SBN 170239)
                                           marchese@fr.com
5                                          FISH & RICHARDSON P.C.
6                                          633 West Fifth Street, 26th Floor
                                           Los Angeles, CA 90071
7                                          Tel:  (213) 533-4240, Fax: (858) 678-5099

8
                                           Frank Scherkenbach (SBN 142549)
9                                          scherkenbach@fr.com
10                                         Kurt L. Glitzenstein (Admitted *Pro Hac Vice*)
                                           glitzenstein@fr.com
11                                         Proshanto Mukherji (Admitted *Pro Hac Vice*)
12                                         mukherji@fr.com
                                           Jeffrey Shneidman (Admitted *Pro Hac Vice*)
13                                         shneidman@fr.com
14                                         Elizabeth G.H. Ranks (Admitted *Pro Hac Vice*),
                                           ranks@fr.com
15                                         FISH & RICHARDSON P.C.
16                                         One Marina Park Drive
                                           Boston, MA 02210-1878
17                                         Tel:  (617) 542-5070, Fax: (617) 542-8906

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)

1
2   Olga I. May (SBN 232012)
    omay@fr.com
3   Markus D. Weyde (SBN 285956) weyde@fr.com
    K. Nicole Williams (SBN 291900)
4   nwilliams@fr.com
    Jared A. Smith (SBN 306576)
5   jasmith@fr.com
    Oliver J. Richards (SBN 310972)
6   orichards@fr.com
7   FISH & RICHARDSON P.C.
    12390 El Camino Real
8   San Diego, CA 92130
9   Tel:  (858) 678-5070, Fax:   (858) 678-5099

10
11  Jennifer Huang (Admitted *Pro Hac Vice*)
    jhuang@fr.com
12  FISH & RICHARDSON P.C.
    60 South Sixth Street, Suite 3200
13  Minneapolis, MN 55402
14  Tel:  (612) 335-5070, Fax:   (612) 288-9696

15
16  Andrew R. Kopsidas (Admitted *Pro Hac Vice*)
    kopsidas@fr.com
17  FISH & RICHARDSON P.C.
    1000 Maine Avenue, S.W., Ste. 1000
18  Washington, DC 20024
    Tel:  (202) 783-5070, Fax: (202) 783-2331
19
20  Attorneys for Plaintiffs, CARL ZEISS AG and
    ASML NETHERLANDS B.V.
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)

1   Dated: November 26, 2018              MORRISON & FOERSTER LLP

2

3                        By:   /s/ *Vincent J. Belusko*

4                        Vincent J. Belusko (CA SBN 100282)
VBelusko@mofo.com

5                        Hector G. Gallegos (SBN 175137)
HGallegos@mofo.com

6                        Jonathan M. Smith (SBN 292285)

7                        JonathanSmith@mofo.com
MORRISON & FOERSTER

8                        MORRISON & FOERSTER LLP

9                        707 Wilshire Boulevard
Los Angeles, California 90017

10                     Tel: (213) 892-5200

11                     Fax: (213) 892-5454

12                     Jack W. Londen (CA SBN 85776)

13                     JLonden@mofo.com
Diana B. Kruze (CA SBN 247605)

14                     DKruze@mofo.com

15                     Shaelyn K. Dawson (CA SBN 288278)
Shaelyndawson@mofo.com

16                     MORRISON & FOERSTER LLP

17                     425 Market Street
San Francisco, California 94105

18                     Tel: (415) 268-7000

19                     Fax: (415) 268-7522

20                   Attorneys for Defendants

21                   NIKON CORPORATION, SENDAI NIKON
CORPORATION, and NIKON INC.

22

23

24

25

26

27

28

NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this NOTICE OF MOTION AND JOINT MOTION REGARDING ORDER OF PROOF AT TRIAL.   In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  November 26, 2018                    FISH & RICHARDSON P.C.


By:   */s/ Christopher S. Marchese*
         Christopher S. Marchese
         marchese@fr.com

Attorneys for Plaintiffs
CARL ZEISS AG AND ASML
NETHERLANDS B.V.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 26, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com

7
NOTICE OF MOTION AND JOINT MOTION
REGARDING ORDER OF PROOF AT TRIAL
Case No. 2:17-cv-07083-RGK (MRWx)