# Exhibit A

## Katherine S. Standley

| | |
|---|---|
| **From:** | Smith, Jonathan McNeal <JonathanSmith@mofo.com> |
| **Sent:** | Sunday, November 4, 2018 1:19 PM |
| **To:** | Jennifer Huang; Kruze, Diana B.; Chris Marchese; Liz Ranks; Nikon7083MoFoExternal@mofo.com |
| **Cc:** | External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley |
| **Subject:** | RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims |

Counsel:

Defendants are reducing the prior art references for trial to the following set:

- U.S. Patent No. 7,705,900 – Guidash
- U.S. Patent App. Pub. No. 2002/0024606 – Yuki
- European Patent No. 0707417 - Dickinson
- Japanese Patent Publication Hei 5-174149 – Kosugi
- Kin Choong Yow and Roberto Cipolla, "Feature-Based Human Face Detection" (1997) – Yow Paper
- Kin Choong Yow, "Automatic Human Face Detection and Localization" (1998) – Yow thesis
- PCT Publication No. WO 96/38808 – Fang
- U.S. Patent 6,657,665 – Guidash
- U.S. Patent No. 5,955,753 – Takahashi
- U.S. Patent No. 6,115,066 – Gowda
- U.S. Patent No. 7,113,213 – Matsunaga

Regards,


Jonathan

--
**JONATHAN MCNEAL SMITH**
Associate | Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
**P:** +1 (213) 892-5224 | **C:** +1 (213) 245-7303
mofo.com | LinkedIn | Twitter

---

**From:** Jennifer Huang [mailto:jhuang@fr.com]
**Sent:** Friday, November 02, 2018 1:20 PM
**To:** Kruze, Diana B.; Chris Marchese; Liz Ranks; Nikon7083MoFoExternal@mofo.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

- External Email -

---

1

Exhibit A
Page 1

Counsel:

Plaintiffs are reducing the asserted claims for trial to the following set:

'312 patent: 1, 7
'017 patent: 1, 7
'574 patent: 1, 3, 10, 30, 32
'335 patent: 1-6
'163 patent: 1, 2, 15, 16, 19

In turn, we look forward to receiving Defendants' set of reduced invalidity grounds and/or prior art references by Sunday at 1 PM PT.

Regards,
Jenny

---

**From:** Kruze, Diana B. [mailto:DKruze@mofo.com]
**Sent:** Friday, November 02, 2018 1:33 PM
**To:** Chris Marchese <marchese@fr.com>; Liz Ranks <ranks@fr.com>; Nikon7083MoFoExternal@mofo.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email <External-Zeiss-NikonCDCAL7083ServiceEmail@fr.com>; Katherine S. Standley <standley@fr.com>
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

Hi Jenny, Chris and Proshanto:

Nikon is willing to identify its narrowed list of prior art for trial two days after Plaintiffs identify their narrowed list of asserted claims for trial.  As we discussed, if you send us Plaintiffs' list of asserted claims by 1 pm today, we will disclose the prior art list by 1 pm on Sunday.  Please note that, given trial time constraints, Nikon may need to eliminate one or two additional references if it does not have sufficient time by the time its invalidity experts take the stand later in the trial, but the list we would disclose on Sunday would be a good faith list of what we think we have time to pursue given the 10 hour limit.

Please let us know if Plaintiffs agree to this exchange.  If so, please send the narrowed list of claims for trial at 1 pm.

Thanks,

Diana

**Diana Kruze**
**Morrison & Foerster LLP**
425 Market Street | San Francisco, CA 94105
415.268.6507 (t) | dkruze@mofo.com
www.mofo.com

---

**From:** Chris Marchese [mailto:marchese@fr.com]
**Sent:** Friday, November 02, 2018 10:15 AM
**To:** Kruze, Diana B.; Liz Ranks; Nikon7083MoFoExternal@mofo.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

- External Email -

Diana – we can talk at 11:00.  Does that work for you?  Can you let us know your position on narrowing the prior art?

Thanks,
Chris

**From:** Kruze, Diana B. <DKruze@mofo.com>
**Sent:** Friday, November 02, 2018 9:26 AM
**To:** Chris Marchese <marchese@fr.com>; Liz Ranks <ranks@fr.com>; Nikon7083MoFoExternal@mofo.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email <External-Zeiss-NikonCDCAL7083ServiceEmail@fr.com>; Katherine S. Standley <standley@fr.com>
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

How about 11:30 am?  Prior to the call, please give us Plaintiffs' basis in writing for withholding this information.

**From:** Chris Marchese [mailto:marchese@fr.com]
**Sent:** Friday, November 02, 2018 9:20 AM
**To:** Kruze, Diana B.; Liz Ranks; Nikon7083MoFoExternal@mofo.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

- External Email -

Diana,

We checking on a time that works this morning or afternoon.  We will get back to you shortly.

Thanks,
Chris

**From:** Kruze, Diana B. <DKruze@mofo.com>
**Sent:** Friday, November 02, 2018 8:49 AM
**To:** Liz Ranks <ranks@fr.com>; Nikon7083MoFoExternal@mofo.com; Chris Marchese <marchese@fr.com>
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email <External-Zeiss-NikonCDCAL7083ServiceEmail@fr.com>; Katherine S. Standley <standley@fr.com>
**Subject:** RE: Zeiss-ASML/Nikon 7083: Disclosure of asserted claims
**Importance:** High

Chris, Jenny and Andy:

Please let us know a good time to meet and confer this morning.  The Court has ruled that the parties only have 10 hours per side, and it is impossible for Plaintiffs to proceed with 54 claims from 5 different patents in that amount of time.  With just two business days before the start of trial, Plaintiffs have assuredly decided which claims they will assert at trial.  Plaintiffs' failure to disclose this information is highly prejudicial, and shows both bad faith and gamesmanship.

**Please provide a list of asserted claims this morning or a time to meet and confer**.  We have emailed and spoken on the phone about this on numerous occasions, but have received no response.  If you do not respond, we will assume you are refusing to meet and confer, and will advise the Court.

Best regards,

Diana
**Diana Kruze**
**Morrison & Foerster LLP**
425 Market Street | San Francisco, CA 94105
415.268.6507 (t) | dkruze@mofo.com
www.mofo.com

---

**From:** Kruze, Diana B.
**Sent:** Thursday, November 01, 2018 5:39 PM
**To:** Liz Ranks; Nikon7083MoFoExternal@mofo.com; Chris Marchese (marchese@fr.com)
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** Zeiss-ASML/Nikon 7083: Disclosure of asserted claims

Hi Chris:

Can we please meet and confer tomorrow at 11 am?  Plaintiffs are still asserting infringement of 54 claims, despite only having 10 hours of trial time.  We are just a few days away from trial and Plaintiffs' lack of disclosure is highly prejudicial.  Defendants have asked in several calls and emails for Plaintiffs to send us a revised list of asserted claims, but Plaintiffs have failed to provide that information.  Please provide that list tonight.  If Plaintiffs refuse to disclose this, please let me know your team's availability for a meet and confer tomorrow.

Best regards,

Diana
**Diana Kruze**
**Morrison & Foerster LLP**
425 Market Street | San Francisco, CA 94105
415.268.6507 (t) | dkruze@mofo.com
www.mofo.com

---

**From:** Smith, Jonathan McNeal
**Sent:** Monday, October 29, 2018 4:57 PM
**To:** Liz Ranks; Nikon7083MoFoExternal@mofo.com; mick@minaminolaw.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** RE: Zeiss-ASML/Nikon 7083: Plaintiffs' DRAFT Joint Statement of the Case

Counsel:

Attached is a slightly revised version of the Joint Statement of the Case.  We note that trial is only a week away, and this proposed joint statement currently purports that Plaintiffs will be asserting 54 claims at trial.  Plaintiffs have only 10 hours to accomplish that feat.  Accordingly, we expect Plaintiffs to revise the joint statement before it is lodged tomorrow to reflect the actual claims that will be asserted at trial, so that it is not over-inclusive.  Please send us a final version for our approval.

Regards,

Jonathan

--

**JONATHAN MCNEAL SMITH**
Associate | Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
**P:** +1 (213) 892-5224 | **C:** +1 (213) 245-7303
mofo.com | LinkedIn | Twitter

---

**From:** Liz Ranks [mailto:ranks@fr.com]
**Sent:** Monday, October 29, 2018 8:42 AM
**To:** Nikon7083MoFoExternal@mofo.com; mick@minaminolaw.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email; Katherine S. Standley
**Subject:** RE: Zeiss-ASML/Nikon 7083: Plaintiffs' DRAFT Joint Statement of the Case

- External Email -

---

Counsel,

Please let us know if you have any proposed edits to the statement of the case document that we sent on Oct. 17 (also attached).  This document is due to the court tomorrow.

Regards,

Liz

Liz Ranks
FISH : Boston
617.368.2175

**From:** Katherine S. Standley
**Sent:** Wednesday, October 17, 2018 8:14 PM
**To:** Nikon7083MoFoExternal@mofo.com; mick@minaminolaw.com
**Cc:** External – Zeiss-Nikon CDCAL 7083 Service Email <External-Zeiss-NikonCDCAL7083ServiceEmail@fr.com>
**Subject:** Zeiss-ASML/Nikon 7083: Plaintiffs' DRAFT Joint Statement of the Case

Counsel,

Attached please find Plaintiffs' DRAFT Proposed Joint Statement of the Case.

**Katherine S. Standley ::** Legal Secretary **::** Fish & Richardson P.C.
12390 El Camino Real, San Diego, CA 92130
858 678 4365 direct **::** 619 742 6629 mobile **::** standley@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

```
********************************************************************************
**********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
**********************
```

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

```
********************************************************************************
**********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
**********************
```

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

```
********************************************************************************
**********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
**********************
```

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

```
********************************************************************************
**********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
**********************
```

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.