JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendants. | Case No. 2:17-cv-07083 RGK (MRWx) <br><br> [**PROPOSED**] **FINAL JUDGMENT ON THE VERDICT** <br><br> Hon. R. Gary Klausner |

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

In accordance with the jury's verdict in this matter, as rendered on December 13, 2018, IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Defendants Nikon Corporation and Nikon Inc. and against Plaintiffs Carl Zeiss A.G. and ASML Netherlands B.V.; claim 16 of U.S. Patent 6,463,163 B1 is not infringed by the Accused Nikon Cameras and is not invalid; claims 1-3 of U.S. Patent 6,731,335 B1 are not infringed by the Accused Nikon Cameras and are not invalid; claim 1 of U.S. Patent 8,149,312 B2 is not infringed by the Accused Nikon Cameras and is not invalid; claim 7 of U.S. Patent 8,625,017 B2 is not infringed by

1

| | |
|---|---|
| 1 | the Accused Nikon Cameras and is not invalid; and claim 30 of U.S. Patent |
| 2 | 9,728,574 B2 is not infringed by the Accused Nikon Cameras and is not invalid. |
| 3 | IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs shall take |
| 4 | nothing, the action is hereby dismissed on the merits, and Defendants shall recover |
| 5 | their costs (other than attorney's fees) in a sum taxed by the Court, unless a Court |
| 6 | order provides otherwise. |
| 7 | SIGNED this 8th day of January, 2019 |

*[signature: Gary Klausner]*

Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

2
la-1406267